UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**KASHIYA NWANGUMA, ET AL.**          CASE NO.: 3-16-CV-247-DJH

    **PLAINTIFFS,**

**v.**                                                            **JURY DEMAND**

**DONALD J. TRUMP, ET AL.**

    **DEFENDANTS.**

## JOINT NOTICE OF REMOVAL

The Donald J. Trump for President, Inc., (the "Trump Campaign"), Donald J. Trump, individually and Alvin R. Bamberger ("Bamberger"), by and through their undersigned counsel, file their Notice of Removal of the above-captioned case with reservation for all defenses brought by the Plaintiffs, Kashiya Nwanguma, Molly Shah and Henry Brousseau ("Plaintiffs"), from the Commonwealth of Kentucky, Jefferson County Circuit Court, Division Three, in which court this action is now pending, to the District Court of the United States, Western District of Kentucky, Louisville Division, and state:

On March 31, 2016, Plaintiffs filed an action against Donald J. Trump ("Trump"), the Trump Campaign, Bamberger and Matthew Heimbach in the Jefferson County Circuit Court, Division Three, Commonwealth of Kentucky, titled *Nwanguma, et al. v. Trump, et.al*. The Complaint is attached as Exhibit A. To date, only the Trump Campaign, Trump and Alvin Bamberger have been served.[1]

---

[1] The Trump Campaign was served on April 11, 2016. Trump was also served on April 11, 2016. Defendant Bamberger was served on April 8, 2016. As of the date of this filing, there is no record on CourtNet that Heimbach has been served.

1

This action is removable because the parties are diverse and the amount in controversy, though not specified, requests punitive damages and therefore logically exceeds $75,000. This Notice of Removal is timely filed within the time period prescribed by 28 U.S.C. 1446(b) because it is filed within thirty (30) days after service of the Complaint. The Complaint is the initial pleading setting forth the claims for relief upon which this action is based. No further proceedings have been held nor have any other pleadings or papers been filed other than those filed contemporaneously with this Notice as Exhibit A.

Here, the action is removable because the parties are completely diverse and the amount in controversy exceeds $75,000. All three Plaintiffs reside in Jefferson County, Kentucky. Trump resides in New York. The Trump Campaign is a Virginia corporation. The Complaint alleges that Defendant Matthew J. Heimbach a/k/a Matthew Warren Heimbach ("Heimbach") lives in Ohio. [Exhibit A at Paragraphs 9]. Defendant Bamberger lives in Ohio. Although a specific demand for a monetary amount is not pled in the Complaint, the Plaintiffs have demanded both compensatory damages "for physical injuries, emotional distress, humiliation, and mental anguish" as well as punitive damages "in an amount to deter such conduct." [Exhibit A at page 18]. Therefore, the amount in controversy as a practical matter exceeds $75,000.

This action may be removed to this Court by the Trump Campaign, Trump and Bamberger in accordance with the provisions of 28 U.S.C. §1441(a), which permits the removal of a case by a defendant to the District Court of the United States for the district and division embracing the place where the action is pending. This action was brought in the Jefferson County Circuit Court, Commonwealth of Kentucky, and is being removed to the District Court of the United States, Western District of Kentucky, Louisville Division, being the district and division in which the action is pending.

As of the date of this filing, there is no record on CourtNet that Defendant Heimbach has been served and therefore his consent is not needed for this removal.

The Trump Campaign, Trump and Bamberger have given written notice of the filing of this Notice to Plaintiffs, and a copy of this Notice has been filed with the Clerk of the Jefferson County Circuit Court, Commonwealth of Kentucky. See Exhibit B.

WHEREFORE, the Defendants, the Trump Campaign, Trump and Bamberger, request that the above-captioned matter, now pending against it in the Jefferson County Circuit Court, Commonwealth of Kentucky, Case No. 18C101504, be removed to this Court.

Respectfully submitted,

LANDRUM & SHOUSE

 /s/ R. Kent Westberry
R. Kent Westberry
LANDRUM & SHOUSE, LLP
220 W. Main St., Ste. 1900
Louisville, KY 40202-1395
Ph: (502) 589-7616
Fx: (502) 589-2119
kwestberry@landrumshouse.com
*COUNSEL FOR DEFENDANT*
*Donald J. Trump for President, Inc.*
*and Donald J. Trump, Individually*

and

 /s/ Stephen B. Pence (filed with permission)
Stephen B. Pence
PENCE & OGBURN, PLLC
Hurstbourne Place, Suite 1205
9300 Shelbyville Road
Louisville, KY  40222
Ph: (502) 736-6200
Fx: (502) 736-6205
steve.pence@penceogburn.com
 *COUNSEL FOR DEFENDANT*
*Alvin Bamberger*

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the Notice of Removal was filed electronically with the Clerk of Court, United States District Court, Western District of Kentucky, Louisville Division, via CM/ECF, and was served via electronic mail and/or U.S. Mail, postage prepaid, this 29th day of April, 2016, to:

Daniel J. Cannon, PSC
David N. Ward
CLAY DANIEL WALTON & ADAMS, PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY  40202
dan@justiceky.com
david@justiceky.com
*Counsel for Plaintiffs*

Gregory A. Belzley
Camille Bathurst
BELZLEY BATHURST ATTORNEYS
PO Box 278
Prospect, KY  40059
gbelzley@aol.com
*Counsel for Plaintiffs*

Matthew Heimbach
6045 Budmar Avenue
Cincinnati, OH  45224-2409
*Defendant*

                          /s/ R. Kent Westberry
                          *COUNSEL FOR DEFENDANT*
                          *Donald J. Trump for President, Inc.*

                          and

                          /s/ Stephen B. Pence (filed with permission)
                          Stephen B. Pence
                          *COUNSEL FOR DEFENDANT*
                          *Alvin Bamberger*