

**16-CI-001504**

## NWANGUMA, KASHIYA , ET AL VS. TRUMP, DONALD J , ET AL

**JEFFERSON CIRCUIT COURT**

Filed on **03/31/2016** as **PERSONAL INJURY** with **HON. MITCH PERRY**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Parties | 16-CI-001504 |
|---|---|

**BAMBERGER, ALVIN** as **DEFENDANT / RESPONDENT**

**Address**
4491 FORK ROAD
CINCINNATI OH 45247

**Summons**
**CIVIL SUMMONS** issued on **03/31/2016** served on **04/08/2016**
*SERVE ALVIN BAMBERGER SOS EX*

**BROUSSEAU, HENRY** as **PLAINTIFF / PETITIONER**

**DONALD J. TRUMP FOR PRESIDENT, INC.,** as **DEFENDANT / RESPONDENT**

**Address**
4701 COX ROAD SUITE 285
GLEN ALLEN VA 23060

**Summons**
**CIVIL SUMMONS** issued on **03/31/2016** served on **04/11/2016**
*CT CORP. SYSTEM SOS EX*

**HEIMBACH, MATTHEW JOHN** as **DEFENDANT / RESPONDENT**

**Address**
AKA MATTHEW WARREN HEIMBACH
6045 BUDMAR AVENUE
CINCINNATI OH 45224 2409

**Summons**
**CIVIL SUMMONS** issued on **04/19/2016** by way of **CERTIFIED MAIL**
*SECRETARY OF STATE, ALIAS SOS EX*
**CIVIL SUMMONS** issued on **03/31/2016**
*SERVE MATTHEW HEIMBACH SOS EX*

**NWANGUMA, KASHIYA** as **PLAINTIFF / PETITIONER**

**SHAH, MOLLY** as **PLAINTIFF / PETITIONER**

**TRUMP, DONALD J** as **DEFENDANT / RESPONDENT**

**Address**
C/O THE TRUMP ORGANIZATION
725 FIFTH AVENUE
NEW YORK NY 10022

**Summons**
**CIVIL SUMMONS** issued on **03/31/2016** served on **04/11/2016**
*SOS EX*

**UNKNOWN DEFENDANT,** as **DEFENDANT / RESPONDENT**

**Summons**
**CIVIL SUMMONS** issued on **03/31/2016** by way of **RETURNED TO ATTORNEY/PETITIONER**

**HEIMBACH, MATTHEW WARREN** as **ALSO KNOWN AS**

**CANON, DANIEL J,** as **ATTORNEY FOR PLAINTIFF**

**Address**
1730 MEIDINGER TOWER
462 SOUTH FOURTH STREET
LOUISVILLE KY 40202

| Documents | 16-CI-001504 |
|---|---|

**COMPLAINT / PETITION** filed on **03/31/2016**

| Images | 16-CI-001504 |
|---|---|
| There are no images found for this case. | |

**\*\*\*\* End of Case Number : 16-CI-001504 \*\*\*\***