

## Case Assignment
## Standard Civil Assignment

Case number **3:16CV-247-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 4/29/2016 2:17:08 PM
Transaction ID: 2748

[ Request New Judge ]   [ Return ]