**United States District Court
Western District of Kentucky
Office of the Clerk
106 Gene Snyder Courthouse
601 West Broadway
Louisville, Kentucky 40202-2249
(502) 625-3500
www.kywd.uscourts.gov**

April 29, 2016

### N O T I C E

**3-16-cv-247-DJH**

**Kashiya Nwanguma et al**

VS                                                                                                              16-CI-1504

**DONALD TRUMP ET AL.**

     Notice is hereby given that the above-styled civil action has been **removed** from Jefferson County Circuit Court and filed in the Western District of Kentucky at Louisville as of April 29th, 2016. This action has been assigned to **Honorable Judge David J. Hale** and case number **3:16-CV-247-DJH.** Please refer to this case number on all future filings.

                                   Sincerely,

                                   Vanessa L. Armstrong, Clerk

                    By:

                                 s/ *John Sparling*
                                 Deputy Clerk

cc:  Counsel of Record,
      Jefferson County Circuit Court