## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**KASHIYA NWANGUMA, ET AL.**  　　　　　　　**CASE NO.:   3:16-cv-247-DJH**

　　**PLAINTIFFS,**

**v.**

**DONALD J. TRUMP, ET AL.**

　　**DEFENDANTS.**

*Electronically Filed*
*\*\*\* \*\*\* \*\*\**

### NOTICE OF FILING

　　Comes Defendant Donald J. Trump for President, Inc., by counsel, and hereby notifies the Court of the filing of the Civil Cover Sheet.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LANDRUM & SHOUSE

　　　　　　　　　　　　　　　　　　 /s/ *R. Kent Westberry*
　　　　　　　　　　　　　　　　　　R. Kent Westberry
　　　　　　　　　　　　　　　　　　LANDRUM & SHOUSE, LLP
　　　　　　　　　　　　　　　　　　220 W. Main St., Ste. 1900
　　　　　　　　　　　　　　　　　　Louisville, KY 40202-1395
　　　　　　　　　　　　　　　　　　Ph: (502) 589-7616
　　　　　　　　　　　　　　　　　　Fx: (502) 589-2119
　　　　　　　　　　　　　　　　　　kwestberry@landrumshouse.com
　　　　　　　　　　　　　　　　　　*COUNSEL FOR DEFENDANT*
　　　　　　　　　　　　　　　　　　*Donald J. Trump for President, Inc.*
　　　　　　　　　　　　　　　　　　*and Donald J. Trump, Individually*

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the Notice of Filing of Civil Cover Sheet was filed electronically with the Clerk of Court, United States District Court, Western District of Kentucky, Louisville Division, via CM/ECF, and was served via electronic mail and/or U.S. Mail, postage prepaid, this 2nd day of May, 2016, to:

Daniel J. Cannon, PSC
David N. Ward
CLAY DANIEL WALTON & ADAMS, PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY 40202
dan@justiceky.com
david@justiceky.com
*Counsel for Plaintiffs*

Gregory A. Belzley
Camille Bathurst
BELZLEY BATHURST ATTORNEYS
PO Box 278
Prospect, KY 40059
gbelzley@aol.com
*Counsel for Plaintiffs*

Stephen B. Pence
PENCE & OGBURN, PLLC
Hurstbourne Place, Suite 1205
9300 Shelbyville Road
Louisville, KY 40222
steve.pence@penceogburn.com
*Counsel for Defendant*
*Alvin Bamberger*

Matthew Heimbach
6045 Budmar Avenue
Cincinnati, OH 45224-2409
*Defendant*

                                           */s/ R. Kent Westberry*
                                           ***COUNSEL FOR DEFENDANT***
                                           *Donald J. Trump for President, Inc.*
                                           *and Donald J. Trump, Individually*