UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**KASHIYA NWANGUMA, ET AL.**         **CASE NO.:**    **3:16-cv-247-DJH**

    **PLAINTIFFS,**

**v.**

**DONALD J. TRUMP, ET AL.**

    **DEFENDANTS.**

*Electronically Filed*
\*\*\* \*\*\* \*\*\*

### NOTICE OF FILING

    Comes the Defendant Donald J. Trump For President, Inc., by counsel, and hereby notifies the Court of the filing of the Corporate Disclosure.

        Respectfully submitted,

        LANDRUM & SHOUSE

        */s/ R. Kent Westberry*
        R. Kent Westberry
        LANDRUM & SHOUSE, LLP
        220 W. Main St., Ste. 1900
        Louisville, KY 40202-1395
        Ph: (502) 589-7616
        Fx: (502) 589-2119
        kwestberry@landrumshouse.com
        ***COUNSEL FOR DEFENDANT***
        ***Donald J. Trump for President, Inc.***
        ***and Donald J. Trump, Individually***

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the Notice of Filing of Corporate Disclosure was filed electronically with the Clerk of Court, United States District Court, Western District of Kentucky, Louisville Division, via CM/ECF, and was served via electronic mail and/or U.S. Mail, postage prepaid, this 2nd day of May, 2016, to:

Daniel J. Cannon, PSC
David N. Ward
CLAY DANIEL WALTON & ADAMS, PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY  40202
dan@justiceky.com
david@justiceky.com
*Counsel for Plaintiffs*

Gregory A. Belzley
Camille Bathurst
BELZLEY BATHURST ATTORNEYS
PO Box 278
Prospect, KY  40059
gbelzley@aol.com
*Counsel for Plaintiffs*

Stephen B. Pence
PENCE & OGBURN, PLLC
Hurstbourne Place, Suite 1205
9300 Shelbyville Road
Louisville, KY  40222
steve.pence@penceogburn.com
*Counsel for Defendant*
*Alvin Bamberger*

Matthew Heimbach
6045 Budmar Avenue
Cincinnati, OH  45224-2409
*Defendant*

                                       */s/ R. Kent Westberry*
                                       ***COUNSEL FOR DEFENDANT***
                                       *Donald J. Trump for President, Inc.*
                                       *and Donald J. Trump, Individually*