**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**KASHIYA NWANGUMA, ET AL.**               **CASE NO.:   3:16-cv-247-DJH**

    **PLAINTIFFS,**

**v.**

**DONALD J. TRUMP, ET AL.**

    **DEFENDANTS.**

**CORPORATE DISCLOSURE**

Donald J. Trump for President, Inc., by counsel, states as follows pursuant to Federal Rule of Civil Procedure 7.1.

Donald J. Trump for President, Inc. has no parent corporation nor does any publicly-traded corporation own 10% or more of its stock.

    Respectfully submitted,

    LANDRUM & SHOUSE

    /s/ R. Kent Westberry
    R. Kent Westberry
    LANDRUM & SHOUSE, LLP
    220 W. Main St., Ste. 1900
    Louisville, KY 40202-1395
    Ph: (502) 589-7616
    Fx: (502) 589-2119
    kwestberry@landrumshouse.com
    *COUNSEL FOR DEFENDANT*
    *Donald J. Trump for President, Inc.*
    *and Donald J. Trump, Individually*