UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**KASHIYA NWANGUMA, ET AL.**     **CASE NO.:   3:16-cv-247-DJH**

    **PLAINTIFFS,**

**v.**

**DONALD J. TRUMP, ET AL.**

    **DEFENDANTS.**

*Electronically Filed*
\*\*\* \*\*\* \*\*\*

## AGREED ORDER OF EXTENSION OF TIME

Comes the Plaintiffs, Kashiya Nwanguma, Molly Shah and Henry Brousseau and the Defendants, Donald J. Trump, individually, Donald J. Trump for President, Inc. and Alvin Bamberger, by their respective counsel, and hereby agree that the time for filing responsive pleadings, be and hereby is extended to up to and including May 20, 2016.

                                                                                         JUDGE

HAVE SEEN AND AGREED BY:

 /s  Daniel J. Canon
*By R. Kent Westberry / With Permission*
Daniel J. Canon, PSC
David N. Ward
CLAY DANIEL WALTON & ADAMS, PLC

101 Meidinger Tower
462 South Fourth Street
Louisville, KY  40202
dan@justiceky.com
david@justiceky.com
*Counsel for Plaintiffs*


  /s  Stephen B. Pence
*By R. Kent Westberry / With Permission*
Stephen B. Pence
PENCE & OGBURN, PLLC
Hurstbourne Place, Suite 1205
9300 Shelbyville Road
Louisville, KY  40222
steve.pence@penceogburn.com
*Counsel for Defendant*
*Alvin Bamberger*


   /s R. Kent Westberry
R. Kent Westberry
LANDRUM & SHOUSE, LLP
220 W. Main St., Ste. 1900
Louisville, KY 40202-1395
Ph: (502) 589-7616
kwestberry@landrumshouse.com
*Counsel for Defendants*
*Donald J. Trump for President, Inc.*
*and Donald J. Trump, Individually*

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the Agreed Order for Extension of Time was filed electronically with the Clerk of Court, United States District Court, Western District of Kentucky, Louisville Division, via CM/ECF, and was served via electronic mail and/or U.S. Mail, postage prepaid, this 10th day of May, 2016, to:

Daniel J. Cannon, PSC
David N. Ward
CLAY DANIEL WALTON & ADAMS, PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY 40202
dan@justiceky.com
david@justiceky.com
*Counsel for Plaintiffs*

Gregory A. Belzley
Camille Bathurst
BELZLEY BATHURST ATTORNEYS
PO Box 278
Prospect, KY 40059
gbelzley@aol.com
*Counsel for Plaintiffs*

Stephen B. Pence
PENCE & OGBURN, PLLC
Hurstbourne Place, Suite 1205
9300 Shelbyville Road
Louisville, KY 40222
steve.pence@penceogburn.com
*Counsel for Defendant*
*Alvin Bamberger*

Matthew Heimbach
6045 Budmar Avenue
Cincinnati, OH 45224-2409
*Defendant*

                                             */s/ R. Kent Westberry*
                                             *COUNSEL FOR DEFENDANT*
                                             *Donald J. Trump for President, Inc.*
                                             *and Donald J. Trump, Individually*