UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KASHIYA NWANGUMA, et al.,                                           Plaintiffs,

v.                                                                  Civil Action No. 3:16-cv-247-DJH

DONALD J. TRUMP, et al.,                                            Defendants.

\* \* \* \* \*

## ORDER

The parties have submitted an agreed order extending the deadline to file responsive pleadings in this matter.  (Docket No. 6)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Defendants Donald J. Trump; Donald J. Trump for President, Inc.; and Alvin Bamberger shall have until **May 20, 2016** to answer or otherwise respond to the plaintiffs' complaint.

May 12, 2016

**David J. Hale, Judge
United States District Court**