FILED
VANESSA L. ARMSTRONG, CLERK
MAY 17 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KASHIYA NWANGUMA, ET AL.          CASE NO: 3:16-cv-247-DJH

PLAINTIFFS,

vs.                                JURY DEMAND

DONALD J. TRUMP, ET AL.,

DEFENDANTS.

## DEFENDANT'S NOTICE OF CONSENT TO REMOVAL

DEFENDANT MATTHEW WARREN HEIMBACH ("DEFENDANT"), erroneously sued as MATTHEW JOHN HEIMBACH, files this Consent to Removal under 28 U.S.C. § 1446(b).

1. Plaintiffs herein are Kashiya Nwanguma, an individual, Molly Shah, an individual, and Henry Brousseau, an individual (hereafter "PLAINTIFFS")

2. On March 31, 2016, PLAINTIFFS sued DEFENDANT and others for various tort causes of action and for unspecified compensatory and punitive damages in the Jefferson County Circuit Court, Division Three, in the Commonwealth of Kentucky, in an action entitled Nwanguma et al., vs. Donald J. Trump et al., Case No. 16CI01504 (the "suit").

3. DEFENDANT was served with notice of the suit on April 28, 2016.

4. On April 29, 2016, Defendants Donald J. Trump, individually, Donald J.

Trump for President, Inc., (the "Trump Campaign"), and Alvin R. Bamberger filed their Joint Notice of Removal to the United States District Court, Western District of Kentucky ("Joint Notice").

5. DEFENDANT MATTHEW WARREN HEIMBACH agrees with the Joint Notice of Removal and consents to the removal of this action to this federal Court.

Respectfully submitted,

*[signature]*
MATTHEW WARREN HEIMBACH
Defendant In Pro Se
222 Mable Street, Apt 2
Paoli, IN 47454
Ph:   301-525-1474
mathew.w.heimbach@gmail.com