## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**KASHIYA NWANGUMA, ET AL.**                               **CASE NO.:   3:16-cv-247-DJH**

    **PLAINTIFFS,**

**v.**

**DONALD J. TRUMP, ET AL.**

    **DEFENDANTS.**

*Filed Electronically*

### MOTION TO DISMISS

Defendants Donald J. Trump, individually and Donald J. Trump for President, Inc., through counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Court to dismiss the Complaint as to Mr. Trump and Donald J. Trump for President, Inc. of the Plaintiffs Kashiya Nwanguma, Molly Shah and Henry Brousseau in its entirety, with prejudice.  Attached hereto is a Brief in Support of the Defendants' Motion to Dismiss.

    Respectfully submitted,

    LANDRUM & SHOUSE

     /s/ R. Kent Westberry
    R. Kent Westberry
    LANDRUM & SHOUSE, LLP
    220 W. Main St., Ste. 1900
    Louisville, KY 40202-1395
    Ph: (502) 589-7616
    Fx: (502) 589-2119
    kwestberry@landrumshouse.com
    ***COUNSEL FOR DEFENDANT***
    ***Donald J. Trump for President, Inc.***
    ***and Donald J. Trump, Individually***

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served on the 20th day of May, 2016 via CM/ECF.

      I further certify that on the 20th day of May, 2016 I served a copy of the foregoing document on the following party of record by U.S. mail.

Matthew Warren Heimbach
222 Mable Street, Apt 2
Paoli, IN  47454
*Defendant*

                                                                */s/ R. Kent Westberry*
                                                            ***COUNSEL FOR DEFENDANT***
                                                            ***Donald J. Trump for President, Inc.***
                                                            ***and Donald J. Trump, Individually***