UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**KASHIYA NWANGUMA, ET AL.**                                     CASE NO.:   3:16-cv-247-DJH

      **PLAINTIFFS,**

v.

**DONALD J. TRUMP, ET AL.**

      **DEFENDANTS.**

*Filed Electronically*

**PROPOSED ORDER**

This matter having come before the Court on the Motion of Defendants Donald J. Trump, individually and Donald J. Trump for President, Inc. to dismiss the Complaint filed by Plaintiffs Kashiya Nwanguma, Molly Shah, and Henry Brousseau as to these Defendants on March 31, 2016, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Complaint dated March 31, 2016 is hereby DISMISSED as to Mr. Trump and Donald Trump for President, Inc. with prejudice.