UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KASHIYA NGWANGUMA, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE NO. 3:16cv-247-DJH |
| ) | |
| DONALD J. TRUMP, et al. ) | *Electronically filed* |
| ) | |
| Defendants ) | |
| ) | |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the Defendant, Alvin Bamberger, moves to dismiss the complaint for failure to state a claim upon which relief can be granted. Defendant has filed his supporting memorandum and tendered his proposed order.

Respectfully submitted,

*/s/ Stephen B. Pence*
STEPHEN B. PENCE
PENCE & WHETZEL, PLLC
9300 Shelbyville Road, Suite 1205
Louisville, KY 40223
(502) 736-6200
steve@pencelegal.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I certify that, on May 20, 2016, I electronically filed this document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel J. Canon
David N. Ward
Gregory A. Belzley
Camille Bathurst
R. Kent Westberry

      I further certify that, on May 20, 2016, I served this document upon the *pro se* defendant, by mailing a copy, first-class postage prepaid, to:

Matthew Warren Heimbach
222 Mable Street, Apt. 2
Paoli, IN 47454

      */s/ Stephen B. Pence*
      STEPHEN B. PENCE
      PENCE & WHETZEL, PLLC
      9300 Shelbyville Road, Suite 1205
      Louisville, KY 40223
      (502) 736-6200
      steve@pencelegal.com

      *Counsel for Defendant*