UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KASHIYA NGWANGUMA, et al.      )
      )
      Plaintiffs      )
      )
v.      )      CASE  NO. 3:16cv-247-DJH
      )
DONALD J. TRUMP, et al.      )      *Electronically filed*
      )
      Defendants      )
_____)

### ORDER

Motion having been made, and the Court having considered counsel's arguments and having been otherwise sufficiently advised,

**IT IS ORDERED** that Defendant Alvin Bamberger's motion to dismiss the complaint, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted, be and hereby is, **GRANTED.**

The complaint against Alvin Bamberger hereby is **DISMISSED WITH PREJUDICE.**  This is a final and appealable order and there is no just cause for delay.