UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*ELECTRONICALLY FILED*

| | |
|---|---|
| KASHIYA NWANGUMA, ET AL. ) | |
| *Plaintiffs* ) | |
| ) | |
| vs. ) | CASE NO.  3:16-CV-247-DJH |
| ) | |
| DONALD J. TRUMP, ET AL. ) | |
| *Defendants* ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes the Plaintiffs, by agreement between the parties, and respectfully moves this Court for a fourteen (14) day extension of time, up to and including June 27, 2016, in which to respond to Defendants', Alvin Bamberger, Donald J. Trump for President, Inc., and Donald J Trump, Motions to Dismiss. (D.N. 9 and 10.) The undersigned states that an extension of time is needed because he has a child due to be born any day.

The undersigned has consulted with the Hon. Stephen Pence, counsel for Defendant Alvin Bamberger, and the Hon. R. Kent Westberry, counsel for Defendants Donald J. Trump for President, Inc. and Donald J Trump, and both have stated that they have no objection to an extension of time for Plaintiffs to respond to Defendants' motions.

**WHEREFORE**, counsel respectfully moves this Court for a fourteen (14) day extension of time, from June 13, 2016, the date Plaintiffs' Response to Defendants' Motions to Dismiss are due.

   s/*Daniel J. Canon*
Daniel J. Canon
David N. Ward
CLAY DANIEL WALTON & ADAMS, PLC
462 S. Fourth Street, Suite 101
Louisville, Kentucky 40202
(502) 561-2005
dan@justiceky.com
david@justiceky.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on June 9, 2016, the above was electronically filed with the Clerk of the Court by using the CM/ECF filing system and copied to all registered CM/ECF participants in the above-styled action.

   s/*Daniel J. Canon*
DANIEL J. CANON
DAVID N. WARD