WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*ELECTRONICALLY FILED*

| | |
|---|---|
| KASHIYA NWANGUMA, ET AL.   )<br>   *Plaintiffs*  )<br>       )<br>vs.        )<br>       )<br>DONALD J. TRUMP, ET AL.  )<br>   *Defendants*  ) | CASE NO.  3:16-CV-247-DJH |

## ORDER

Plaintiffs having filed their Unopposed Motion for Extension of Time, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Plaintiffs shall have up to and including June 27, 2016, to file their responses to Defendants', Alvin Bamberger, Donald J. Trump for President, Inc., and Donald J Trump, Motions to Dismiss. (D.N. 9 and 10.)

_____
JUDGE

_____
DATE