UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*ELECTRONICALLY FILED*

KASHIYA NWANGUMA, ET AL.        )
       *Plaintiffs*        )
               )
vs.        )        CASE NO.  3:16-CV-247-DJH
               )
DONALD J. TRUMP, ET AL.        )
       *Defendants*        )

## ORDER

Upon Motion of the Defendant, Matthew Heimbach, to strike allegations in Plaintiffs' Complaint, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant Heimbach's motion is hereby DENIED.

_____
JUDGE, U.S. DISTRICT COURT

DATE: _____