WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*ELECTRONICALLY FILED*

| | |
|---|---|
| KASHIYA NWANGUMA, ET AL.            ) | |
|        *Plaintiffs*                          ) | |
|                                               ) | |
| vs.                                  ) | CASE NO. 3:16-CV-247-DJH |
|                                               ) | |
| DONALD J. TRUMP, ET AL.              ) | |
|        *Defendants*                          ) | |

## ORDER

Plaintiffs having filed their Unopposed Motion for Extension of Time, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Plaintiffs shall have up to and including June 27, 2016, to file their responses to Defendants', Alvin Bamberger, Donald J. Trump for President, Inc., and Donald J Trump, Motions to Dismiss. (D.N. 9 and 10.)

June 14, 2016

**David J. Hale, Judge
United States District Court**