## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**[Filed Electronically]**

| | |
|---|---|
| **KASHIYA NWANGUMA, et al.,** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | **CASE NO. 3:16-cv-247-DJH** |
| v. ) | |
| ) | |
| **DONALD J. TRUMP, et al.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

### ORDER

On motion by Defendant Alvin Bamberger to dismiss Plaintiff's Verified Complaint, and the Court having considered same, it is hereby

**ORDERED** that Defendant's motion is denied.