## DECLARATION OF COUNSEL

I, Daniel J. Canon, pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 56(d), hereby declare as follows:

1. I am of adult age and am otherwise competent to testify to the matters set forth herein, which are based upon my own personal knowledge, unless otherwise stated.

2. I am a member attorney of the firm Clay Daniel Walton and Adams, and one of the attorneys of record for Plaintiff in the above-styled matter.

3. In order to fully respond to Defendants Donald Trump and Trump for President, Inc.'s allegations as set forth in their Motion to Dismiss, Plaintiffs need to conduct discovery.

4. In particular, as set forth in Plaintiff's Response to Defendants' Motion to Dismiss, incorporated herein by reference, Plaintiffs need to conduct discovery into the following areas:

    a. How much and what kind of security Defendants had in place for the Trump rally on March 1, 2016;

    b. The connections between Trump, his campaign, and various white supremacist and other hate groups;

    c. The instances in which Defendants condoned or ratified violence at other Trump campaign events;

    d. Broadly, the motives, knowledge, and intentions of all Defendants at different times pertinent to the litigation (as discussed in detail in Plaintiffs' Response).

5. The motives, intentions, knowledge, and mental state of the wrongdoers involved here is an issue uniquely unsuited for a motion to dismiss, but at the very least, Plaintiffs need to conduct discovery on this point.

6. For these, and the other reasons set forth in Plaintiff's Response, Plaintiff needs to be able to conduct discovery in order to fully respond to all the arguments set forth in Defendants' Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2016.

s/Daniel J. Canon
Daniel J. Canon
