# **EXHIBIT 2 - INDEX OF RELEVANT, PUBLICLY AVAILABLE VIDEO**

1. http://youtu.be/hRMTymgdjis (Trump's full speech)

2. http://youtu.be/nEY1JzeXIQc (one angle of attack on Plaintiff Nwanguma)

3. https://www.youtube.com/watch?v=ILwalNSS3vY&feature=youtu.be (Bamberger assaults numerous crowd members)

4. http://nytlive.nytimes.com/womenintheworld/2016/03/03/black-woman-driven-out-by-supporters-at-a-trump-rally/ (two angles of Nwanguma being assaulted by Heimbach and other crowd members)

5. https://www.youtube.com/watch?v=0MFTWFGdY5U&feature=youtu.be (several assaults occurring apparently both before and after Nwanguma's assault)