---

**KENTUCKY EXPOSITION CENTER**
**KENTUCKY INTERNATIONAL CONVENTION CENTER**

**SHORT FORM LEASE**
**DONALD J TRUMP FOR PRESIDENT INC.**

---

EVENT DESCRIPTION: Donald J Trump for President Campaign Rally

EVENT LOCATION: Kentucky International Convention Center

LEASE AND DEPOSIT DUE: $8,920 (See Breakdown below)

DEPOSIT AMOUNT: $8,920 due with contract on receipt

COMPLIANCE LEASE NO. 16-77-C (2)

This Agreement is made and entered into this 26th day of February, 2016 by and between the KENTUCKY STATE FAIR BOARD, a corporate body of the Commonwealth of Kentucky, Post Office Box 37130, Louisville, Kentucky 40233-7130 hereinafter referred to as the 'Board,' and, Donald J. Trump for President Inc hereinafter referred to as the 'Lessee'

The Board agrees to lease to the Lessee and the Lessee agrees to lease from the Board the space and facilities (the 'Premises') set forth below:

**For 2016**

| FACILITY | MOVE-IN | EVENT |
|---|---|---|
| Hall 2D | February 29, 2016 | March 1, 2016 |
| Skyview Suite | February 29, 2016 | March 1, 2016 |
| Prefunction 2D | | March 1, 2016 |
| Dressing Room DC | | March 1, 2016 |
| | | March 1, 2016 |

All rooms will be held from 8am February 29 - 11:59pm March 1, 2016.

Lessee shall pay Board the rental and cost set forth below:

The rental rate shall be $8,550
4 Venue Event Staffing for Evacuation $370
Total Due with Contract $8,920

**GENERAL UNDERSTANDING**

Board reserves the right to require all rents and incidentals prior to the event

In the event Lessee intends to use a portion of the 'Premises' for Lessee's food and beverage needs which shall be provided by separate contract between Lessee and Board's exclusive catering vendor, Lessee agrees that the rental rates set forth above have been established in consideration of the use by Lessee. In the event Lessee cancels all or any part of its separate food and beverage contract with Board's exclusive catering vendor, Lessee agrees to pay Board the rental rates set forth above that are applicable in the event of this cancellation

Lessee accepts the "Premises" in 'as is' condition. Board has no obligation to alter or change any of its physical facilities as a condition of or consideration for this Agreement. The 'Premises' shall be tenantable at the commencement of the term

Lessee shall comply all Board policies with which Lessee has been provided notice and insofar as such policies do not materially alter the terms and conditions of this Agreement and with all other applicable federal, state, county, and city statutes, regulations, resolutions, and ordinances.

If Lessee's use of the leased 'Premises' involves an event for which tickets are sold, then, in that circumstance, the manner of purchasing, selling and accounting for such tickets shall be set forth in a written amendment to this Agreement. Lessee may distribute complimentary tickets to the event in its discretion.

It is understood and agreed that no verbal representations or agreements not covered by this Agreement have been made by Lessee or Board.

Any provision(s) of this Agreement which shall be found by a Kentucky court of competent jurisdiction to be invalid shall in no way affect, impair or invalidate any other provisions hereof and the remaining provisions shall remain in full force and effect.

Lessee shall obtain written approval of Board prior to any assignment of this Agreement.

The remedies given to Board in this Lease Agreement shall be cumulative and the exercise of any one remedy by Board shall not be to the exclusion of any other remedy.

## CONDITIONS AND ALTERATION OF PREMISES

The Lessee accepts the 'Premises' in 'as is' condition. The Board has no obligation to alter or change any of its physical facilities as a condition of or consideration for this Lease Agreement. The 'Premises' shall be tenantable at the commencement of the lease term.

Without the prior express written approval of the Board, the Lessee may not make alterations, installations, or decorations to the "Premises." Should Lessee wish to make alterations, installations or decorate the 'Premises,' Lessee must submit the plans for any such proposal to the designated Board in advance of the commencement of the term of this Lease Agreement and must obtain the above stated written approval before proceeding with any such plans. Approval of any proposed *material* alterations, installations, or decorations exists exclusively in the discretion of the Board. Lessee understands and agrees that if during the term of this Lease, Lessee intends any installation, alteration or decoration that requires rigging or attachment of any nature to the physical structure of the facility, it is Lessee's obligation to conform said rigging or attachment at all times to the specifications required by the Board's engineer(s) or other designated representative. *Nothing in this Agreement shall obligate Lessee to seek or gain Board approval to erect temporary staging, lighting, risers, seating, banners, backdrops, or other build-out necessary to hold event which does not make permanent alterations to Premises.*

The Board shall provide cleaning of all indoor 'Premises' before and during the event. Cleaning shall include common aisles of exhibit hall floors, restrooms and daily cleaning of meeting rooms. Cleaning does not include exhibit booths or temporary aisle carpet.

The Board shall provide a 30 yard trash compactor at no charge for general trade show trash disposal. Removal of debris particular to the event, such as carpet, tiles, mulch, rock, etc. shall be the responsibility of the Lessee. The cost to remove any materials remaining on site after move-out, or placed in facility compactor inappropriately, will be charged by the Board to the Lessee at prevailing rates.

Exhibit hall floor shall be left in the same condition as when Lessee took possession. Lessee is responsible for removal of all carpet tape residue immediately following the event. A walk through to assess condition of the exhibit hall floor will be conducted by the Lessee's Show Manager and the Board's Event Manager prior to move in and upon completion of move out.

Golf carts, forklifts, or any other motorized vehicles are not permitted in carpeted areas or lobbies without prior written approval from the Board's management. No bicycles, skates or skateboards are to be operated indoors without prior written approval by the Board.

## DAMAGE TO PREMISES

If the leased 'Premises' shall become untenable because of fire, strikes, lockouts, failure of power, riots, war, unavoidable casualty, acts of God or other reasons of a like nature not the fault of either party, this Lease Agreement shall terminate

If such termination occurs before the first date of the term of this Lease Agreement, the Board shall refund to the Lessee the deposit paid by the Lessee less any expenses incurred by the Board in conjunction with this Lease Agreement.

In the event such termination occurs on or after the first date of the term of this Lease Agreement, the Lessee shall pay to the Board the actual rent incurred to and including the date of termination, or in the event the rent is not scheduled on a daily basis, a prorata portion of the rent to and including the date of termination, together with any expenses incurred by the Board in conjunction with this Lease Agreement.

In the event of any such termination, Lessee and Board each waive any and all claims of any kind or nature against the other for damages or compensation which might arise out of such termination

If, during the term of this Lease Agreement, the 'Premises,' or any portion thereof, shall be damaged *beyond normal wear and tear* by an act, default or negligence of the Lessee's agents, employees, patrons, guests or any person admitted to said 'Premises' by the Lessee, the Lessee will pay to the Board upon demand such sum as shall be necessary to restore said 'Premises' to its condition prior to the Lessee occupying the 'Premises.' The Lessee hereby assumes full responsibility for the character, acts and conduct of all persons admitted to said 'Premises' or to any portion thereof with the consent of the Lessee.

The Lessee further agrees to have in place, at all times, sufficient security to maintain order and protect persons and property from any and all injuries. The Lessee shall defend, indemnify and hold harmless the Board, its members, officers, employees, agents, and servants from all such causes of action, claims, losses and damages *except if such cause of action arises from the negligence or intentional act of Lessee or his members, officers, employees, agents, or servants.*

## ALCOHOLIC BEVERAGES

The Lessee shall abide by and advise in writing all exhibitors of the existence of 303 Kentucky Administrative Regulation 1 030 Section 1 which states No person shall carry or transport into the 'Premises' any beer or other alcoholic beverages except for delivery to the licensed retailer of same, located on the "Premises" or except with specific permission of the Board. Violation of any of the foregoing will be punishable as provided by law

There shall be no alcohol sales on the 'Premises' after 12 00 a m on show days unless the same is permitted by prior written agreement set forth in an amendment to this Lease Agreement

## PARKING, CONCESSIONS AND NOVELTIES

All parking rights, catering rights, concessions, novelties and charges for services or product of any nature are and shall remain the exclusive rights of the Board and the Lessee shall not participate in the same. The Lessee must obtain prior written approval of the Board to sell programs and novelties in the manner and on the terms contained in such written approval. *The Board consents to Lessee or its contractors accepting campaign contributions in exchange for campaign merchandise at the event* No outside food or drink shall be permitted onto the 'Premises' at any time Lessee must utilize the Board's exclusive catering company

## INDEMNIFICATION AND INSURANCE

The Lessee agrees to assume, defend, indemnify, protect, save and hold harmless the Board and all of its members, officers, employees, agents, servants, and assigns against any and all claims, demands, actions or causes of action arising or resulting directly or indirectly from the use, occupancy or leasing by the Lessee of the 'Premises,' including without limitation, the claims of any employee, decorator, agent, subcontractor or other like or similar person of the Lessee, the claims of any person attending the event for which the 'Premises' have been leased and the claims of any other person for damages for bodily injury, sickness, mental anguish or death, or claims for damages to the property of any such employee, agent or persons, *except if such cause of action arises from the negligence or intentional act of*

3

Lessee or his members, officers, employees, agents, or servants. The Board shall not be liable for any damage to the property of the Lessee sustained while in the use and control of the Lessee of the "Premises."

The Lessee agrees to provide, at its expense a *comprehensive general* liability insurance covering the event issued by a company acceptable to the Board or its designee, insuring both the Lessee and the Board *(as an additional insured)* with policy limits of $1,000,000 per occurrence (plus such additional coverage as may be required by the Board set forth in writing in a written amendment to this Lease Agreement *signed by both parties*). The Lessee shall deliver to the designated Board representative a certificate of insurance reflecting this coverage prior to the first move-in day of each event as listed in Section 1 of this Lease Agreement. Lessee shall not be permitted to take occupancy of the "Premises" without strict compliance with the terms of this insurance provision.

The Board shall not recover against the Lessee to the extent any damage to the "Premises" that are covered by the Board's fire and extended coverage insurance protecting the "Premises," provided, however, the Board's insurer shall be subrogated to the rights of the Board as against the Lessee.

Primary event insurance will not be applicable to the extent of damage caused by the negligence, willful misconduct, or the acts or omissions of the Board, its employees, agents or contractors.

## BREACH, DEFAULT AND CANCELLATION

If the Lessee violates any of the *material* terms, conditions or covenants provided herein *and fails to cure such violation within a reasonable time after being provided notice thereof* or notifies the Board of its intent to cancel its use of all or any part of the "Premises" as set out in this Lease Agreement, such a violation or cancellation by Lessee shall, at the option of the Board or its designated representative, constitute a breach of this Lease Agreement and result in forfeiture of all monies and deposits previously paid to the Board, which sums shall be applied by the Board as partial liquidated damages, and no portion thereof shall be refunded to the Lessee. In addition, the rental rates set forth in this Lease Agreement for the entire term of this Lease Agreement shall be payable by the Lessee to the Board together with all expenses and costs incurred by the Board as a result of the breach.

The Board shall also have the right in its sole discretion, in the event of such violation or cancellation, to terminate this Lease Agreement and release the Lessee from all or any portion of its liability hereunder. Any such exercise of discretion and release of all or part of the Lessee's liabilities hereunder shall be communicated by the Board to the Lessee in writing and no other form of communication shall release the Lessee from any liability hereunder.

## PAST DUE INVOICES

The Lessee agrees that all invoices not paid within thirty (30) days of invoice date are subject to a one-time FINANCE CHARGE imposed on the balance due which shall be 10%. The FINANCE CHARGE is applied to the previous balance after deducting current payments or credits. Such charge shall in no event exceed the maximum rate permitted by law. The Lessee further agrees to pay all costs of collecting, securing or attempting to collect all past due invoices, including reasonable attorney's fee, whether collected or secured by suit or otherwise, providing the collection of such costs and fees are permitted by law.

## EXCLUSIVE BOARD RIGHTS

All parking rights, catering rights, concessions, WiFi, hardwired internet, phones, novelties and charges for services or product of any nature are and shall remain the exclusive rights of the Board or Board's subcontractors *except as indicated herein*; Lessee shall not participate in the same *except as indicated herein*. Lessee must obtain prior written approval of Board to sell programs and novelties in the manner and terms contained in such written approval except as *indicated herein*.

4

WITNESS the signatures of the parties hereto on the day and year first herein above written

| DONALD J. TRUMP for PRESIDENT INC. | KENTUCKY STATE FAIR BOARD |
|---|---|
| BY _____ | BY _____ |
| Corey Lewandowski | Linda Edwards, General Manager |
| Campaign Manager | Vice-President of Sales & Marketing |
| 26 day of February 2016 | 26 day of February 2016 |

5