**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*FILED ELECTRONICALLY*

**KASHIYA NWANGUMA, ET AL.**                                    **CASE NO. 3:16-CV-247-DJH**

      **PLAINTIFFS,**

**v.**

**DONALD J. TRUMP, ET AL.**

      **DEFENDANTS**

## PROPOSED ORDER

The motion having been made, and the Court being otherwise sufficiently advised,

      **IT IS HEREBY ORDERED** that the Defendants', Donald J. Trump and Donald Trump for President, Inc., Motion to Dismiss is **DENIED**.

_____
JUDGE

_____
DATE