## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**KASHIYA NWANGUMA, ET AL.**                                    **CASE NO.:   3:16-cv-247-DJH**

      **PLAINTIFFS,**

**v.**

**DONALD J. TRUMP, ET AL.**

      **DEFENDANTS.**

*Filed Electronically*

**AGREED ORDER FOR EXTENSION OF TIME**

Comes now the Defendants Donald J. Trump, individually and Donald J. Trump for President, Inc., and Alvin Bamberger and Plaintiffs Kashiya Nwanguma, Molly Shah and Henry Brousseau, by their respective counsel, and hereby agree that the time for filing Reply Briefs be and hereby is extended up to and including July 28, 2016.

                                                                               JUDGE

Have seen and agreed,

 /s *Daniel J. Canon*
*By R. Kent Westberry/ with permission*
Daniel J. Canon
David N. Ward
CLAY DANIEL WALTON & ADAMS, PLC
462 S. Fourth Street, Suite 101
Louisville, Kentucky 40202
(502) 561-2005
dan@justiceky.com
david@justiceky.com

*Counsel for Plaintiffs*

 */s Stephen B. Pence*
*By R. Kent Westberry/ with permission)*
Stephen B. Pence
PENCE & WHETZEL, PLLC
9300 Shelbyville Road, Suite 1205
Louisville, KY 40223
(502) 736-6200
steve@pencelegal.com
*Counsel for Defendant Bamberger*


 */s/ R. Kent Westberry*
R. Kent Westberry
LANDRUM & SHOUSE, LLP
220 W. Main St., Ste. 1900
Louisville, KY 40202-1395
Ph: (502) 589-7616
Fx: (502) 589-2119
kwestberry@landrumshouse.com
*Counsel for Defendant*
*Donald J. Trump for President, Inc.*
*and Donald J. Trump, Individually*


## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on the 28th day of June, 2016 via CM/ECF.

 */s/ R. Kent Westberry*
**COUNSEL FOR DEFENDANT**
***Donald J. Trump for President, Inc.***
***and Donald J. Trump, Individually***