## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**KASHIYA NWANGUMA, ET AL.**            **CASE NO.: 3:16-cv-247-DJH**

    **PLAINTIFFS,**

**v.**

**DONALD J. TRUMP, ET AL.**

    **DEFENDANTS.**

*Filed Electronically*

### NOTICE OF FILING

Comes now the Defendants Donald J. Trump, individually and Donald J. Trump for President, Inc., by counsel, and gives notice to the Court of the filing of an Amended Certificate of Service for DN 18.

    Said Certificate of Service is attached hereto.

                                                     Respectfully submitted,

                                                     s/ R. Kent Westberry
                                                     R. Kent Westberry
                                                     LANDRUM & SHOUSE, LLP
                                                   220 W. Main Street, Suite 1900
                                                   Louisville, KY 40202
                                                   Ph: (502) 589-7616
                                                   Fx: (502) 589-2119
                                                   kwestberry@landrumshouse.com.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on the 29th day of June, 2016 via CM/ECF.

I further certify that on the 29th day of June, 2016 I served a copy of the foregoing document on the following party of record by U.S. mail.

Matthew Warren Heimbach
222 Mable Street, Apt 2
Paoli, IN  47454
*Defendant*

                                                               */s/ R. Kent Westberry*
                                                            ***COUNSEL FOR DEFENDANT***
                                                            ***Donald J. Trump for President, Inc.***
                                                            ***and Donald J. Trump, Individually***