## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the 28th day of June, 2016 via CM/ECF.

I further certify that on the 28th day of June, 2016 I served a copy of the foregoing document on the following party of record by U.S. mail.

Matthew Warren Heimbach
222 Mable Street, Apt 2
Paoli, IN  47454
*Defendant*

/s/ R. Kent Westberry
**COUNSEL FOR DEFENDANT**
**Donald J. Trump for President, Inc.**
**and Donald J. Trump, Individually**