UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**KASHIYA NWANGUMA, ET AL.**            **CASE NO.: 3:16-cv-247-DJH**
     **PLAINTIFFS,**

**v.**

**DONALD J. TRUMP, ET AL.**
     **DEFENDANTS.**

### RESPONSE OF DONALD TRUMP & DONALD J. TRUMP FOR PRESIDENT, INC. RESPECTING PLAINTIFFS' MOTION FOR A HEARING

Plaintiffs have moved for a status conference. While Donald Trump and Donald J. Trump for President, Inc. ("Defendants") do not oppose meeting with the Court, Plaintiffs' motion raises the prospect of deposing President-Elect Trump. Defendants will oppose any effort to depose the President-Elect, and request the Court accept briefing and hear argument if the Court is considering that issue.

Respectfully submitted,

LANDRUM & SHOUSE

 /s/ R. Kent Westberry
R. Kent Westberry
LANDRUM & SHOUSE, LLP
220 W. Main St., Ste. 1900
Louisville, KY 40202-1395
Ph: (502) 589-7616
Fx: (502) 589-2119
kwestberry@landrumshouse.com

***COUNSEL FOR DEFENDANTS***
***Donald J. Trump for President, Inc.***
***and Donald J. Trump, Individually***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the 9th day of December, 2016 via CM/ECF.

I further certify that on the 9th day of December, 2016 I served a copy of the foregoing document on the following party of record by U.S. mail.

Matthew Warren Heimbach
222 Mable Street, Apt 2
Paoli, IN  47454
*Defendant*

                                               /s/ R. Kent Westberry

                                               *COUNSEL FOR DEFENDANT*
                                               *Donald J. Trump for President, Inc.*
                                               *and Donald J. Trump, Individually*

982484