UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**KASHIYA NWANGUMA, ET AL**                                                                                          **PLAINTIFF**

**v.**                                                                                   **CIVIL ACTION NO. 3:16-CV-247-DJH**

**DONALD J. TRUMP, ET AL**                                                                                         **DEFENDANT**

## ORDER OF RECUSAL

Upon review of this matter and on the Court's own motion, the undersigned hereby

**RECUSES** himself from the above-styled action pursuant to 28 U.S.C. § 455.

cc:  Counsel of Record
     CM - Judge Hale