## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

KASHIYA NWANGUMA, *et al.*,

                   *Plaintiffs*,

          v.

DONALD J. TRUMP, PRESIDENT
OF THE UNITED STATES, *et al.*,

                   *Defendants*.

                **Case No. 3:16-cv-247**
                **Judge David J. Hale**
                **Magistrate Judge H. Brent Brennenstuhl**

## ANSWER OF DEFENDANTS DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, AND DONALD J. TRUMP FOR PRESIDENT, INC.

Defendants Donald J. Trump, President of the United States, and Donald J. Trump for President, Inc. (together, "the Trump Defendants") submit this Answer to the Complaint of Kashiya Nwanguma, Molly Shah, and Henry Brousseau ("the Plaintiffs"). The Trump Defendants deny all allegations in the Complaint not expressly admitted herein:

1.      Paragraph 1 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 1.

2.      Paragraph 2 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 2.

3.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 3 and therefore deny them.

4.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 4 and therefore deny them.

5.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 5 and therefore deny them.

6.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 6 and therefore deny them.

7.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 7 and therefore deny them.

8.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 8 and therefore deny them.

9.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 9 and therefore deny them.

10.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 10 and therefore deny them.

11.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 11 and therefore deny them.

12.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 12 and therefore deny them.

13.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 13 and therefore deny them.

14.     The Trump Defendants admit that Donald J. Trump was the host of a television show and has appeared on *Wrestlemania*.  To the extent Plaintiffs allege that Mr. Trump had part ownership of the Miss Universe Organization, The Trump Defendants admit that fact.  Plaintiffs' statement that Mr. Trump was "the current front-runner for the Republican nomination in the race for President of the United States of America" is vague and Defendants lack sufficient knowledge to respond.  The Trump Defendants deny the remainder of paragraph 14.

15.     The Trump Defendants admit that Mr. Trump was a resident of New York when the complaint was filed.

16.     The Trump Defendants admit that Donald J. Trump for President is a corporation and is incorporated in Virginia.

17.     The Trump Defendants admit Donald J. Trump for President, Inc. entered into a contract with the Kentucky International Convention Center.  The Trump Defendants lack sufficient information to determine whether the Kentucky International Convention Center is a state agency owned and operated by the Kentucky State Fair Board.  The Trump Defendants further state that contract is a legal document that speaks for itself and the Trump Defendants deny any allegations inconsistent with the contract.

18.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 18 and therefore deny them.

19.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 19 and therefore deny them.

20.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 20 and therefore deny them.

21.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 21 and therefore deny them.

22.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 22 and therefore deny them.

23.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 23 and therefore deny them.

24.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 24 and therefore deny them.

25.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 25 and therefore deny them.

26.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 26 and therefore deny them.

27.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 27 and therefore deny them.

28.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 28 and therefore deny them.

29.    The Trump Defendants admit that there was an event on March 1, 2016, at the Kentucky International Convention Center.  The Trump Defendants further state that the contract related to the event is a legal document agreed to by Donald Trump for President, Inc. and the Kentucky International Convention Center.    The Trump Defendants lack sufficient information to know whether the Commonwealth of Kentucky was a party to the contract.  The contract is a legal document that speaks for itself and the Trump Defendants deny any allegations inconsistent with the contract.

30.    The Trump Defendants deny the allegations in paragraph 30.

31.    The Trump Defendants lack sufficient information to respond to the allegations of paragraph 31 and therefore deny them.

32.    The Trump Defendants deny that Mr. Trump did not allow his own security, the Secret Service, or Kentucky International Convention Center security to remove protesters.  The Trump Defendants lack sufficient information to determine if Mr. Trump stopped his speech or how many times he may have done so.  The Trump Defendants admit Mr. Trump said the words "Get them out of here."   The Trump Defendants deny Mr. Trump's statement was directed at the crowd.

33.    The Trump Defendants deny that Mr. Trump directed his statement to the crowd.

34.    The Trump Defendants lack sufficient information to respond to the allegations related to injuries Plaintiffs claim to have suffered.  The Trump Defendants

admit that Mr. Trump said, "Don't hurt them."  The Trump Defendants lack sufficient knowledge to respond to the remainder of the allegations in paragraph 34.

35.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 35 and therefore deny them.

36.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 36 and therefore deny them.

37.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 37 and therefore deny them.

38.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 38 and therefore deny them.

39.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 39 and therefore deny them.

40.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 40 and therefore deny them.

41.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 41 and therefore deny them.

42.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 42 and therefore deny them.

43.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 43 and therefore deny them.

44.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 44 and therefore deny them.

45.     The Trump Defendants deny the allegations of paragraph 45.

46.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 46 and therefore deny them.

47.     The Trump Defendants deny Mr. Trump issued any command to his supporters.  The Trump Defendants lack sufficient information to respond to the remaining allegations of paragraph 47 and therefore deny them.

48.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 48 and therefore deny them.

49.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 49 and therefore deny them.

50.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 50 and therefore deny them.

51.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 51 and therefore deny them.

52.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 52 and therefore deny them.

53.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 53 and therefore deny them.

54.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 54 and therefore deny them.

55.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 55 and therefore deny them.

56.     The Trump Defendants deny that Mr. Trump told the audience "Get them out of here."   The Trump Defendants lack sufficient information to respond to the remaining allegations of paragraph 56 and therefore deny them.

57.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 57 and therefore deny them.

58.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 58 and therefore deny them.

59.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 59 and therefore deny them.

60.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 60 and therefore deny them.

61.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 61 and therefore deny them.

62.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 62 and therefore deny them.

63.     The Trump Defendants deny that Mr. Trump told the audience "Get 'em out of here."   The Trump Defendants lack sufficient information to respond to the remaining allegations of paragraph 63 and therefore deny them.

64.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 64 and therefore deny them.

65.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 65 and therefore deny them.

66.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 66 and therefore deny them.

67.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 67 and therefore deny them.

68.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 68 and therefore deny them.

69.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 69 and therefore deny them.

70.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 70 and therefore deny them.

71.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 71 and therefore deny them.

72.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 72 and therefore deny them.

73.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 73 and therefore deny them.

74.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 74 and therefore deny them.

75.     The Trump Defendants admit that Bamberger wrote a letter to Korean War Veterans Association.  The Trump Defendants lack sufficient information to respond to the remaining allegations of paragraph 75 and therefore deny them.

76.     The Trump Defendants admit that Mr. Bamberger wrote the words quoted in paragraph 76. The Trump Defendants lack sufficient information to respond to the remaining allegations of paragraph 76 and therefore deny them.

77.     The Trump Defendants admit that Mr. Bamberger wrote the words quoted in paragraph 77. The Trump Defendants lack sufficient information to respond to the remaining allegations of paragraph 77 and therefore deny them.

78.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 78 and therefore deny them.

79.     The Trump Defendants admit that Mr. Bamberger wrote the words quoted in paragraph 79. The Trump Defendants lack sufficient information to respond to the remaining allegations of paragraph 79 and therefore deny them.

80.     The Trump Defendants deny the allegations in paragraph 80.

81.     The Trump Defendants deny the allegations in paragraph 81.

82.     The Trump Defendants deny the allegations in paragraph 82.

83.    The Trump Defendants lack sufficient information to respond to the allegations of paragraph 83 and therefore deny them.

84.    The Trump Defendants admit there have been other political rallies in support of Mr. Trump, but the Trump Defendants deny the allegation that the rallies have been of the kind Plaintiffs describe.

85.    The Trump Defendants lack sufficient information to respond to the allegations of paragraph 85 and therefore deny them.

86.    The Trump Defendants lack sufficient information to respond to the allegations of paragraph 86 and therefore deny them.

87.    The Trump Defendants lack sufficient information to respond to the allegations of paragraph 87 and therefore deny them.

88.    The Trump Defendants lack sufficient information to respond to the allegations of paragraph 88 and therefore deny them.

89.    The Trump Defendants lack sufficient information to respond to the allegations of paragraph 89 and therefore deny them.

90.    The Trump Defendants lack sufficient information to respond to the allegations of paragraph 90 and therefore deny them.

91.    The Trump Defendants lack sufficient information to respond to the allegations of paragraph 91 and therefore deny them.

92.    The Trump Defendants lack sufficient information to respond to the allegations of paragraph 92 and therefore deny them.

93.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 93 and therefore deny them.

94.     The Trump Defendants lack sufficient information to respond to the allegations of paragraph 94 and therefore deny them.

95.     The Trump Defendants deny the allegations in paragraph 95.

<u>**ANSWER TO COUNT I:  BATTERY CLAIM**</u>

96.     The Trump Defendants incorporate by reference their responses to all paragraphs of the complaint.

97.     Paragraph 97 states legal conclusions, which do not require a response.  To the extent a response is required, the Trump Defendants deny the allegations of paragraph 97.

98.     Paragraph 98 states legal conclusions, which do not require a response.  To the extent a response is required, the Trump Defendants deny the allegations of paragraph 98.

<u>**ANSWER TO COUNT II:  ASSAULT CLAIM**</u>

99.     The Trump Defendants incorporate by reference their responses to all paragraphs of the complaint.

100.    Paragraph 100 states legal conclusions, which do not require a response.  To the extent a response is required, the Trump Defendants deny the allegations of paragraph 100.

101.    Paragraph 101 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 101.

## ANSWER TO COUNT III: INCITEMENT CLAIM

102.    The Trump Defendants incorporate by reference their responses to all paragraphs of the complaint.

103.    Paragraph 103 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 103.

104.    Paragraph 104 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 104.

105.    Paragraph 105 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 105.

106.    Paragraph 106 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 106.

## ANSWER TO COUNT IV: AGENCY/VICARIOUS LIABILITY CLAIM

107.    The Trump Defendants incorporate by reference their responses to all paragraphs of the complaint.

108.   Paragraph 108 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 108.

109.   Paragraph 109 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 109.

110.   Paragraph 110 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 110.

111.   Paragraph 111 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 111.

112.   Paragraph 112 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 112.

113.   Paragraph 113 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 113.

114.   Paragraph 114 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 114.

115.    Paragraph 115 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 115.

## ANSWER TO COUNT V: NEGLIGENCE, GROSS NEGLIGENCE, AND RECKLESSNESS CLAIM

116.    The Trump Defendants incorporate by reference their responses to all paragraphs of the complaint.

117.    The Trump Defendants deny the allegations of paragraph 117.

118.    The Trump Defendants deny the allegations of paragraph 118.

119.    The Trump Defendants deny the allegations of paragraph 119.

120.    The Trump Defendants deny the allegations of paragraph 120.

121.    The Trump Defendants deny the allegations of paragraph 121.

122.    The Trump Defendants deny the allegations of paragraph 122.

123.    The Trump Defendants deny the allegations of paragraph 123.

## ANSWER TO COUNT VI: PUNITIVE DAMAGES CLAIM

124.    The Trump Defendants incorporate by reference their responses to all paragraphs of the complaint.

125.    Paragraph 125 states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny the allegations of paragraph 125.

## ANSWER TO PRAYER FOR RELIEF

A.      Paragraph A states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny that allegations of paragraph A.

B.      Paragraph B states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny that allegations of paragraph B.

C.      Paragraph C states legal conclusions, which do not require a response. To the extent a response is required, the Trump Defendants deny that allegations of paragraph C.

E.      The Trump Defendants note that there is no "D" in Plaintiffs' Prayer For Relief.  Paragraph E states legal conclusions, which do not require a response.  To the extent a response is required, the Trump Defendants deny that allegations of paragraph E.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof, and while reserving the right to assert all applicable affirmative defenses supported in law and fact, the Trump Defendants assert the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim on which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The statutes Plaintiffs invoke are unconstitutional as the Plaintiffs have construed them.

## THIRD AFFIRMATIVE DEFENSE

Claims in the Complaint are barred by the First Amendment to the United States Constitution.

## FOURTH AFFIRMATIVE DEFENSE

Mr. Trump is immune from suit because he is President of the United States.

## FIFTH AFFIRMATIVE DEFENSE

Mr. Trump is immune from proceedings pursuant to *Clinton v. Jones*, 520 U.S. 681 (1997).

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs were negligent and any damages awards must be reduced by Plaintiffs' percentage of fault up to and including 100 percent.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs waived their claims by obtaining a ticket to the event in Kentucky.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their damages and therefore any damages award must be reduced up to and including 100 percent.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs are responsible for their own injuries.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' injuries were caused by intervening causes for which the Trump Defendants are not liable.

## ELEVENTH AFFIRMATIVE DEFENSE

The Trump Defendants had a right to remove Plaintiffs from the event under Kentucky law.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' claim for relief is barred because any actions taken by Defendants with respect to the subject matter alleged in the Complaint were taken in good faith, and constitute lawful, proper, justified and/or privileged conduct.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the fact that Plaintiffs suffered no actual injury.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs have suffered no special damages, and Plaintiffs' Complaint is barred, in whole or part, by the applicable state and federal constitutional, statutory and/or common law bars to or limitations on any award of punitive damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by their unclean hands.

## REQUEST FOR JURY TRIAL

The Trump Defendants hereby request a jury trial in this matter.

## CONCLUSION

WHEREFORE, the Trump Defendants respectfully request that the Court dismiss the Plaintiffs' claims, enter final judgment in the Trump Defendants' favor, award the Trump Defendants costs, expenses, and reasonable attorneys' fees, and grant such other relief to the Trump Defendants as the Court may deem just and proper.

Respectfully submitted,

LANDRUM & SHOUSE

　/s R. Kent Westberry
R. Kent Westberry
LANDRUM & SHOUSE, LLP
220 W. Main St., Ste. 1900
Louisville, KY 40202-1395
Ph: (502) 589-7616
Fx: (502) 589-2119
kwestberry@landrumshouse.com
***Donald J. Trump for President, Inc.***
***and Donald J. Trump, Individually***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that on the 14th day of April, 2017 I served a copy of the foregoing document on the following party of record by U.S. mail.

Matthew Warren Heimbach
222 Mable Street, Apt 2
Paoli, IN  47454
*Defendant*

> /s/ R. Kent Westberry
> COUNSEL FOR DEFENDANT
> ***Donald J. Trump, President of***
> ***the United States and***
> ***Donald J. Trump for President, Inc.***