UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

NOTICE OF CHANGE OF ADDRESS



FILED JS
WESTERN DISTRICT OF KY

17 APR 17 AM 11: 50

**To the Clerk of this Court and all parties of record**, please note my change of address in the following case(s) (list all cases):

3:16-cv-247-DJH

Matthew Heimbach
Print Name

619 North Gospel Street Lot 3
New Address

Paoli    IN    47454
City    State    Zip Code

_____
Signature

CERTIFICATE OF MAILING

I certify that a copy of this notice was sent by U.S. Mail on 4/17/17 to the Clerk of Court for the Western District of Kentucky, to co-Plaintiffs (if any), and to counsel for Defendant(s) (list name(s) and address(es)):

Clerk of Court
Western District of Kentucky
601 W. Broadway, Ste. 106
Louisville, KY 40202

_____
Signature

**Pursuant to Local Rule 5.2(d):** All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.

Created April 2011