**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **KASHIYA NWANGUMA,** *et al.*,     ) | |
| ) | |
| ) | |
| *Plaintiffs*,                                   ) | |
| v.                                                      ) | Case No. 3:16-cv-247 |
| ) | Judge David J. Hale |
| ) | Magistrate Judge H. Brent Brennenstuhl |
| **DONALD J. TRUMP, PRESIDENT** ) | |
| **OF THE UNITED STATES,** *et al.*,  ) | |
| ) | |
| ) | |
| *Defendants*.                                 ) | |

*Filed Electronically*

**DEFENDANTS DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, AND DONALD J. TRUMP FOR PRESIDENT, INC.'S MOTION UNDER 28 U.S.C. § 1292(b) TO CERTIFY THIS COURT'S ORDER FOR INTERLOCUTORY APPEAL AND STAY FURTHER PROCEEDINGS OR, IN THE ALTERNATIVE, RECONSIDERATION**

Defendants Donald J. Trump, President of the United States, and Donald J. Trump for President, Inc. (together, "the Trump Defendants") move under 28 U.S.C. § 1292(b) for the Court to amend its Memorandum Opinion and Order filed March 31, 2017 (ECF No. 27) ("Order") to certify the Order for interlocutory appeal. *See* Fed. R. App. P. 5(a)(3) ("[T]he district court may amend its order, either on its own or in response to a party's motion, to include the required permission or statement."). The Trump Defendants request that the Court certify the following issues:

(1) Whether the First Amendment protects Mr. Trump's campaign speech as a matter of law, or whether the speech falls within the narrow category of expression that can be subject to censorship for "inciting a riot"

(2) Whether the First Amendment precludes holding a speaker liable for negligently causing others to engage in violence.

The Trump Defendants further request that the Court stay proceedings in this Court while these issues are on appeal. *See* § 1292(b).

In the alternative, the Trump Defendants request this Court reconsider its order and grant the Trump Defendants' Motion to Dismiss in its entirety.

The reasons for granting this motion are stated in the accompanying memorandum.

                          Respectfully submitted,

| JONES DAY | LANDRUM & SHOUSE |
|---|---|
| Michael Carvin (*pro hac motion pending*) | /s R. Kent Westberry |
| Anthony Dick (*pro hac motion pending*) | R. Kent Westberry |
| Andrew Bentz (*pro hac motion pending*) | LANDRUM & SHOUSE, LLP |
| JONES DAY | 220 W. Main St., Ste. 1900 |
| 51 Louisiana Avenue NW | Louisville, KY 40202-1395 |
| Washington, DC 20001 | Ph: (502) 589-7616 |
| Tel: (202) 879-7643 | Fx: (502) 589-2119 |
| Fax: (202) 626-1700 | kwestberry@landrumshouse.com |
| macarvin@jonesday.com | |
| ajdick@jonesday.com | |
| abentz@jonesday.com | |

*Counsel for Donald J. Trump and Donald J. Trump for President Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that on the 20th day of April, 2017 I served a copy of the foregoing document on the following party of record by U.S. mail.

Matthew Heimbach
619 North Gospel Street, Lot 3
Paoli, IN  47454
*Defendant*

                                            */s/ R. Kent Westberry*
                                            COUNSEL FOR DEFENDANT
                                            *Donald J. Trump for President, Inc.*
                                            *and Donald J. Trump, Individually*