**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **KASHIYA NWANGUMA,** *et al.*, )<br>)<br>)<br>*Plaintiffs*, )<br>v. )<br>)<br>**DONALD J. TRUMP, PRESIDENT** )<br>**OF THE UNITED STATES,** *et al.*, )<br>)<br>)<br>*Defendants*. ) | **Case No. 3:16-cv-247**<br>**Judge David J. Hale**<br>**Magistrate Judge H. Brent Brennenstuhl** |

*Filed Electronically*

**[PROPOSED] ORDER**

The Court grants the Motion To Certify Order For Interlocutory Appeal And Stay Further Proceedings filed by Defendants Donald J. Trump, President of the United States, and Donald J. Trump for President, Inc.'s. This Court's Memorandum Opinion and Order filed March 31, 2017 (ECF No. 27) is amended as follows:

On Page 22, the paragraph beginning "Pursuant to 28 U.S.C. § 636(b)(1)(A)" is replaced with:

"Pursuant to 28 U.S.C. 1292(b), this Court stays this litigation until further order of this Court and certifies the following questions for interlocutory appeal:

(1) Whether the First Amendment protects Mr. Trump's campaign speech as a matter of law, or whether the speech falls within the narrow category of expression that can be subject to censorship for "inciting a riot"

(2) Whether the First Amendment precludes holding a speaker liable for negligently causing others to engage in violence."