# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **KASHIYA NWANGUMA,** *et al.*, <br><br> *Plaintiffs*, <br> **v.** <br><br> **DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES,** *et al.*, <br><br> *Defendants*. | **Case No. 3:16-cv-247** <br> **Judge David J. Hale** <br> **Magistrate Judge H. Brent Brennenstuhl** |

*Filed Electronically*

### DEFENDANTS DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, AND DONALD J. TRUMP FOR PRESIDENT, INC.'S MOTION TO DISMISS THE CROSS CLAIMS OF DEFENDANTS ALVIN BAMBERGER AND MATTHEW HEIMBACH

Defendants Donald J. Trump, President of the United States, and Donald J. Trump for President, Inc. move under Federal Rule of Civil Procedure 12(b)(6) to dismiss the cross claims filed by Defendants Alvin Bamberger and Matthew Heimbach. The reasons for granting this motion are stated in the accompanying memorandum.

Dated: May 5, 2017

Respectfully submitted,

/s R. Kent Westberry
R. Kent Westberry
LANDRUM & SHOUSE, LLP
220 W. Main St., Ste. 1900
Louisville, KY 40202-1395
Tel: (502) 589-7616
Fax: (502) 589-2119
Email: kwestberry@landrumshouse.com

and

                          Michael Carvin (*admitted hac motion vice*)
                          Anthony Dick (*admitted hac motion vice*)
                          Andrew Bentz (*admitted hac motion vice*)
                          JONES DAY
                          51 Louisiana Avenue NW
                          Washington, DC 20001
                          Tel: (202) 879-7643
                          Fax: (202) 626-1700
                          Email: macarvin@jonesday.com

*Counsel for Donald J. Trump, President of the United States and Donald J. Trump for President Inc.*