**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **KASHIYA NWANGUMA,** *et al.*, )<br>)<br>*Plaintiffs*, )<br>**v.** )<br>)<br>**DONALD J. TRUMP, PRESIDENT** )<br>**OF THE UNITED STATES,** *et al.*, )<br>)<br>*Defendants*. ) | **Case No. 3:16-cv-247**<br>**Judge David J. Hale**<br>**Magistrate Judge H. Brent Brennenstuhl** |

*Filed Electronically*

**[PROPOSED] ORDER**

The Court grants the Defendants Donald J. Trump, President of the United States, and Donald J. Trump for President, Inc.'s Motion To Dismiss The Cross Claims Of Defendants Alvin Bamberger and Matthew Heimbach.