IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KASHIYA NWANGUMA, MOLLY SHAH, and HENRY BROUSSEAU<br><br>PLAINTIFFS<br><br>v.<br><br>DONALD J. TRUMP;<br>DONALD J. TRUMP FOR PRESIDENT, INC.; MATTHEW JOHN HEIMBACH; and ALVIN BAMBERGER<br><br>DEFENDANTS | Civil Action No. 3:16cv-00247-DJH<br>JUDGE GREG N. STIVERS |

## ORDER

A telephonic conference was conducted in this action on May 8, 2017, with the undersigned presiding. Participating in the conference were Mr. Daniel J. Canon for the Plaintiffs; Mr. R. Kent Westberry for the Trump Defendants; Matthew John Heimbach, *pro se* Defendant; and Mr. Stephen Beville Pence for Defendant Bamberger. Following discussions between counsel and the Court regarding postponing the Rule 16 Scheduling Conference in this matter pending the Court's ruling on currently pending motions;

**IT IS ORDERED** the Rule 16 Scheduling Conference shall proceed as scheduled on **May 18, 2017, at 9:30 a.m., CDT.**

ENTERED this

Copies to:   Counsel of Record

0/23