# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**[Filed Electronically]**

| | |
|---|---|
| KASHIYA NWANGUMA, et al.,  ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| v.  ) | CASE NO. 3:16-cv-247-DJH |
| ) | |
| DONALD J. TRUMP, et al.,  ) | |
| ) | |
| DEFENDANTS ) | |

## PLAINTIFFS' PROPOSED PRETRIAL DEADLINES

Pursuant to the court's order, the parties' counsel have conferred but have been unable to reach agreement on the terms of a proposed pretrial order to be tendered to the Court. Accordingly, Plaintiffs propose to the Court the following pre-trial deadlines for discussion at the telephonic pretrial conference scheduled for May 18, 2017:

1. The parties will exchange their Rule 26 disclosures by May 30, 2017.

2. Pleadings will be amended and new parties added by August 1, 2017.

3. Plaintiffs will identify their expert witness(es) by November 1, 2017.

4. Defendants will identify their expert witnesses by January 10, 2018.

5. Discovery will be completed by March 1, 2018.

6. Dispositive and *Daubert* motions will be submitted by April 1, 2018.

7. This case is in its infancy, and Plaintiffs are not yet in a position to evaluate it for settlement purposes.

8. Plaintiffs do not consent to the referral of this case to a magistrate judge for all purposes.

9. At this time, Plaintiffs do not anticipate any peculiarities in this case (a) requiring that discovery be conducted in phases or limited or focused on particular issues, (b) raising any issues about discovery of electronically-stored information, (c) raising any issues about privileged documents or work product, or (d) requiring any changes of the limits of discovery imposed by the Federal Rules.

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
Camille A. Bathurst
BelzleyBathurst, Attorneys
P.O. Box 278
Prospect, KY  40059
(502) 292-2452
gbelzley@aol.com
camillebathurst@aol.com

Daniel J. Canon
David N. Ward
Clay Daniel Walton & Adams, PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY 40202
(502) 561-2005
dan@justiceky.com
david@justiceky.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2016, the foregoing was filed electronically through the Court's CM/ECF system, which electronically serves all counsel of record.

/s/ Gregory A. Belzley