**ATTACHMENT A**

(The Trump Defendants' Proposed Trial Plan)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**[Filed Electronically]**

| | |
|---|---|
| KASHIYA NWANGUMA, et al., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO. 3:16-cv-247-DJH |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## JOINT REPORT OF PARTIES' PLANNING MEETING

Pursuant to the Court's order, the parties' counsel have conferred telephonically and by email and jointly propose to the Court the following pre-trial deadlines and schedule:

1. Pre-Discovery Disclosures. By May 30, 2017, the parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1).

2. Pleadings will be amended and new parties added by August 8, 2017.

3. Briefing on the permissibility of deposing the President of the United States and any close advisors will proceed as follows:

    a. Plaintiffs will file any motions to compel and supporting briefs by September 8, 2017.

    b. Defendants will file any oppositions by October 6, 2017.

    c. Plaintiffs will file any reply by October 27, 2017.

    d. Any objections to the magistrate judge's order will be filed within 14 days of the order. In no event will a deposition of the President or close advisors occur before January 8, 2018.

4. Discovery Plan

    a.    All discovery commenced in time will be completed by June 1, 2018.

    b.    Maximum of 25 interrogatories by each party to any other party.

    c.    Maximum of 50 general requests for admission plus an additional 50 requests for admission intended for the purpose of authenticating documents by each party to any other party.

    d.    Maximum of 15 depositions by Plaintiffs and 20 depositions by Defendants.

    e.    Each deposition is limited to a maximum of seven (7) hours unless extended by agreement of the parties.

    f.    Reports from retained experts under Rule 26(a)(2) due:

        i)    Plaintiffs will identify their expert witness(es) by December 1, 2017.

        ii)    Defendants will identify their expert witnesses by February 9, 2018.

        iii)    Dispositive and *Daubert* motions will be submitted by May 30, 2018.

    g.    Any matter not specifically addressed will be left to the Federal Rules of Civil Procedure.

5.    Other items

    a.    The parties request a pretrial conference in early May 2018.

    b.    Settlement appears unlikely at this time.

    c.    The parties do not consent to the referral of this case to a magistrate judge for all purposes.

  d.  Final list of witnesses and exhibits under Rule 26(a)(3) should be due 30 days before the first day of trial as set by the Court.

  e.  Parties should have ten (10) business days after service of final list of witnesses and exhibits to list objections under Rule 26(a)(3).

  f.  The case should be ready for trial in August 2018 and is expected to take three days.

6. Given that one Defendant is the sitting President of the United States, this case will present logistical difficulties and peculiarities unlike other civil litigation. Consequently, the parties recognize that: (a) discovery must be carefully managed by the Court and limited to minimize disruption of the President's duties and (b) discovery may involve privilege issues beyond run of the mill attorney-client privilege/work-product issues, requiring this Court's resolution.

Dated: May __, 2017    Respectfully submitted,

               /s R. Kent Westberry
               R. Kent Westberry
               LANDRUM & SHOUSE, LLP
               220 W. Main St., Ste. 1900
               Louisville, KY 40202-1395
               Tel: (502) 589-7616
               Fax: (502) 589-2119
               Email: kwestberry@landrumshouse.com

               Michael Carvin (*admitted hac motion vice*)
               Anthony Dick (*admitted hac motion vice*)
               Andrew Bentz (*admitted hac motion vice*)
               JONES DAY
               51 Louisiana Avenue NW
               Washington, DC 20001
               Tel: (202) 879-7643
               Fax: (202) 626-1700
               Email: macarvin@jonesday.com

*Counsel for Donald J. Trump, President of the United States, and Donald J. Trump for President, Inc.*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on this _____ day of May, 2017, the foregoing was filed electronically through the Court's CM/ECF system, which electronically serves all counsel of record.

                /s/R. Kent Westberry
                ***Counsel for Donald J. Trump, President of the United States and Donald J. Trump for President, Inc.***