UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KASHIYA NWANGUMA, et al.,                                          Plaintiffs,

v.                                                    Civil Action No. 3:16-cv-247-DJH-HBB

DONALD J. TRUMP, et al.,                                           Defendants.

\* \* \* \* \*

## NOTICE

In light of the recent appearance by counsel from the law firm of Jones Day (*see* Docket No. 37) and pursuant to Advisory Opinion No. 74 of the Committee on Codes of Conduct, the Court hereby notifies the parties that a term law clerk in the undersigned judge's chambers accepted an employment offer from Jones Day prior to counsel's appearance in this case. The law clerk is not now and has never been assigned to this case and will have no future involvement with the case.

May 26, 2017

**David J. Hale, Judge**
**United States District Court**