IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| KASHIYA NWANGUMA, et al., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO. 3:16-cv-247-DJH |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

**DEFENDANTS DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES,
AND DONALD J. TRUMP FOR PRESIDENT, INC.'S
DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants Donald J. Trump, President of the United States, and Donald J. Trump for President, Inc. (the Campaign) (together, the Trump Defendants), make the following initial disclosures to the Plaintiffs in the above-referenced case. The Trump Defendants reserve the right to supplement these initial disclosures.

**1. Individuals Likely To Have Discoverable Information**

The following individuals likely have discoverable factual information that the Trump Defendants may use to support their defenses in the above-referenced lawsuit:

| Name | Phone | Address |
|---|---|---|
| Kenneth Geisler | (502) 468-0411 | 301 Arterburn Dr.<br>Louisville, KY 40222 |
| Ben Miller | (704) 467-5999 | 1600 Pennsylvania Ave., N.W.<br>Washington, D.C. 20500 |

**2. Description of Documents**

The Trump Defendants anticipate that they may use electronic documents created for and by the Campaign that are located on a computer server at the Trump Campaign's headquarters at Trump Tower, 725 Fifth Ave., New York, NY 10022.

**3. Computation of Damages**

The Trump Defendants deny liability for damages and do not seek recovery of damages from Plaintiffs (other than recovery of costs and attorney fees). The Trump Defendants would present evidence of its court costs and attorney fees after the claims against it have been denied or dismissed.

**4. Insurance**

Attachment A is a certificate of liability insurance issued to the Campaign by National Casualty Company in reference to the campaign event in Louisville, Kentucky. Attachment B is the Campaign's general liability insurance policy.

Dated: May 30, 2017

Respectfully submitted,

   /s R. Kent Westberry
R. Kent Westberry
LANDRUM & SHOUSE, LLP
220 W. Main St., Ste. 1900
Louisville, KY 40202-1395
Tel: (502) 589-7616
Fax: (502) 589-2119
Email: kwestberry@landrumshouse.com

and

>Michael Carvin (*admitted hac motion vice*)
>Anthony Dick (*admitted hac motion vice*)
>Andrew Bentz (*admitted hac motion vice*)
>JONES DAY
>51 Louisiana Avenue NW
>Washington, DC 20001
>Tel: (202) 879-7643
>Fax: (202) 626-1700
>Email: macarvin@jonesday.com

*Counsel for Donald J. Trump, President of the United States,
and Donald J. Trump for President Inc.*