UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT
AT LOUISVILLE
*ELECTRONICALLY FILED*

| | |
|---|---|
| KASHIYA NWANGUMA, *et al.* ) | |
|     *Plaintiffs* ) | |
| ) | |
| vs. ) | Case No. 3:16-CV-247-DJH |
| ) | |
| DONALD J. TRUMP, *et al.* ) | |
|     *Defendants* ) | |

## NOTICE OF SERVICE

Comes the Plaintiffs, by and through counsel, and hereby gives the Court and the parties notice that Plaintiffs' Initial Disclosures, as required by Fed. R. Civ. P. 26(a)(1), were served upon Defendants on May 30, 2017.

Respectfully Submitted,

s/ *David N. Ward*
DANIEL J. CANON, PSC
DAVID N. WARD
CLAY DANIEL WALTON & ADAMS, PLC
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
(502) 561-2005
dan@justiceky.com
david@justiceky.com
*Counsel for Plaintiffs*

GREGORY A. BELZLEY
CAMILLE BATHURST
BELZLEY BATHURST ATTORNEYS
P.O. Box 278
Prospect, Kentucky 40059
(502) 228-5084
gbelzley@aol.com
*Co-Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 30th, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record in the case.

    It is further certified that a copy of the foregoing was delivered by way of U.S. Mail, postage prepaid, on this 30th day of May, 2017, to the following:

Matthew Heimbach  
619 North Gospel Street, Lot 3  
Paoli, Indiana 47454

                                                  */s/ David N. Ward*_____  
                                                  DAVID N. WARD