UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KASHIYA NWANGUMA, et al.  )
)
    Plaintiffs  )
)
v.  )  CASE NO. 3:16cv-247-DJH
)
DONALD J. TRUMP, et al.  )  *Electronically filed*
)
    Defendants  )
)

**DEFENANT ALVIN BAMBERGER'S DISCLOUSRE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

The Defendant, Alvin Bamberger (Bamberger), pursuant to Fed. R. Civ. P. 26(a)(1), makes the following initial disclosure:

(A) The individuals named in this lawsuit and other witnesses unknown to the Defendant who attended this and other rallies for Defendant Trump, may have discoverable factual information. Their addresses and telephone numbers are unknown.

(B) Defendant Bamberger has no documents relevant to this lawsuit in his possession.

(C) Defendant Bamberger is not seeking damages from the Plaintiff but is seeking indemnification from Defendant Donald J. Trump and/or the Trump Campaign.

(D) Defendant Bamberger has no applicable insurance agreement.

Respectfully submitted,

*/s/ Stephen B. Pence*
STEPHEN B. PENCE
PENCE & WHETZEL, PLLC
9300 Shelbyville Road, Suite 1205
Louisville, KY 40223
(502) 736-6200
steve@pencelegal.com

*Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

I certify that, on May 30, 2016, I electronically filed this document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Daniel J. Canon
David N. Ward
Gregory A. Belzley
Camille Bathurst
R. Kent Westberry

I further certify that, on May 30, 2016, I served this document upon the *pro se* defendant, by mailing a copy, first-class postage prepaid, to:

Matthew Warren Heimbach
222 Mable Street, Apt. 2
Paoli, IN 47454

> */s/ Stephen B. Pence*
> STEPHEN B. PENCE
> PENCE & WHETZEL, PLLC
> 9300 Shelbyville Road, Suite 1205
> Louisville, KY 40223
> (502) 736-6200
> steve@pencelegal.com
>
> *Counsel for Defendant*