

**LANDRUM & SHOUSE, LLP**
LAW OFFICES

106 West Vine Street
P.O. Box 951
Lexington, Kentucky 40588-0951
(859) 255-2424  Fax: (859) 233-0308
EMAIL: @landrumshouse.com

Suite 1900
220 West Main Street
Louisville, Kentucky 40202
(502) 589-7616  Fax: (502) 589-2119

William C. Shouse
Pierce W. Hamblin
Mark L. Moseley
Leslie Patterson Vose
John R. Martin, Jr.
Larry C. Deener
John G. McNeill
R. Kent Westberry
Douglas L. Hoots
Daniel E. Murner
Bradley C. Hooks
Jeffrey A. Taylor
Michael E. Hammond
Evan B. Jones
Elizabeth A. Deener
Bennett E. Bayer
Michael K. Nisbet
Heather Pack Howell
Erin C. Sammons
Elizabeth Winchell
Kyle W. Ray
Lacey Fiorella
Lucas R. Braun
Aziza H. Ashy-Jones
Michael S. Howard
Ashley Smith Lant
Gregory A. Jackson
Whitney L. Stepp
Nicholas G. Haming

Counsel:
Bridget M. Bush

Charles Landrum, Jr.
(1917-1990)
Weldon Shouse
(1915-2004)
Mark J. Hinkel
(1957-2015)

*Of Counsel*
Thomas M. Cooper
John H. Burrus

June 26, 2017

VIA CM/ECF

The Honorable Judge David J. Hale
U.S. District Court for the Western District of Kentucky
601 W. Broadway
Louisville, KY 40202

    Re:    <u>Nwanguma v. Trump</u>, No. 3:16-cv-00247

Dear Judge Hale:

    We represent Donald Trump and Donald J. Trump for President, Inc. in the above captioned-matter. As the Court knows, the Trump Defendants filed a motion for certification of an interlocutory appeal. Briefing on that motion was completed May 23, 2017. In addition, before the magistrate judge, the Trump Defendants moved to stay discovery pending this Court's decision on the interlocutory appeal motion. The magistrate denied that motion, and the Trump Defendants filed an objection with this Court on May 22.

    The magistrate has set a briefing schedule for whether plaintiffs can depose the sitting President of the United States. The President's opening brief is due in a matter of weeks—July 17. Before the President and his former campaign are forced to expend the resources involved in briefing this novel issue, all parties would benefit from this Court's guidance on one of the two pending matters before the Court: the objection to the denial of the stay, or the interlocutory appeal motion. A decision on either of these matters would greatly aid the parties in determining their next steps.

    Respectfully,

    /s/ R. Kent Westberry

    R. Kent Westberry
    LANDRUM & SHOUSE, LLP
    220 W. Main St., Ste. 1900
    Louisville, KY 40202-1395
    Tel: (502) 589-7616
    Email: kwestberry@landrumshouse.com

    *Additional counsel listed on next page*

                Michael Carvin
                    (*admitted hac motion vice*)
                Anthony Dick
                    (*admitted hac motion vice*)
                Andrew Bentz
                    (*admitted hac motion vice*)
                JONES DAY
                51 Louisiana Avenue NW
                Washington, DC 20001
                Tel: (202) 879-7643
                Fax: (202) 626-1700
                Email: macarvin@jonesday.com

                *Counsel for Defendants Donald J. Trump and Donald J. Trump for President, Inc.*

cc: Gregory A. Belzley (via ECF)
    Stephen B. Pence (via ECF)
    Camille A. Bathurst (via ECF)
    Daniel J. Canon (via ECF)
    David N. Ward (via ECF)
    Matthew John Heimbach (via U.S. Mail)

## **CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was filed with the above Court electronically, via Kentucky Courtnet 2.0 eFiling system, and has been served electronically or mailed via First Class Mail on June 26, 2017 to the following:

Gregory A. Belzley gbelzley@aol.com
Stephen Beville Pence steve@pencelegal.com
R. Kent Westberry kwestberry@landrumshouse.com
Michael A. Carvin macarvin@jonesday.com
Camille A. Bathurst camillebathurst@aol.com
Daniel J. Canon dan.canon@gmail.com
David N. Ward david@justiceky.com
Andrew J. Bentz abentz@jonesday.com
Anthony J. Dick ajdick@jonesday.com

Matthew John Heimbach
619 North Gospel Street, Lot 3
Paoli, IN  47454

   /s/ R. Kent Westberry
*Counsel for Defendants Donald J. Trump*
*and Donald J. Trump for President, Inc.*