**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| KASHIYA NWANGUMA, et al., | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) CASE NO. 3:16-cv-247-DJH |
| | ) |
| DONALD J. TRUMP, et al., | ) |
| | ) |
| DEFENDANTS. | ) |

**DEFENDANT DONALD J. TRUMP'S MOTION FOR A PROTECTIVE ORDER**

Defendant Donald J. Trump, President of the United States, moves for a protective order under Federal Rule of Civil Procedure 26(c), precluding his deposition. The reasons for granting this motion are fully set out in the accompanying brief.

Dated: July 17, 2017

Respectfully submitted,

  /s R. Kent Westberry
R. Kent Westberry
LANDRUM & SHOUSE, LLP
220 W. Main St., Ste. 1900
Louisville, KY 40202-1395
Tel: (502) 589-7616
Fax: (502) 589-2119
Email: kwestberry@landrumshouse.com

and

Michael Carvin (admitted *pro hac vice*)
Anthony Dick (admitted *pro hac vice*)
Andrew Bentz (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Tel: (202) 879-7643
Fax: (202) 626-1700
Email: macarvin@jonesday.com

*Counsel for Donald J. Trump, President of the United States,*
*and Donald J. Trump for President Inc.*