## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **KASHIYA NWANGUMA, et al.,** ) | |
| ) | |
| **PLAINTIFFS,** ) | |
| ) | |
| **v.** ) | **CASE NO. 3:16-cv-247-DJH** |
| ) | |
| **DONALD J. TRUMP, et al.,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

### [PROPOSED] ORDER

Upon considering the Motion for a Protective Order filed by Donald J. Trump and being fully advised on the matter, the Court orders that the motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs may not depose President Trump.