UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Filed Electronically*

| | |
|---|---|
| KASHIYA NWANGUMA, et al. ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | CASE NO. 3:16-cv-247-DJH |
| ) | |
| DONALD J. TRUMP, et al. ) | |
| *Defendants* ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Come the Plaintiffs, Kashiya Nwanguma, Molly Shah, and Henry Brousseau, by counsel, and respectfully move this court for a seven (7) day extension of time up to and including August 14, 2017, in which to respond to Defendant Donald J. Trump's Motion for a Protective Order. (D.N. 55.) The undersigned has consulted with the Hon. R. Kent Westberry, counsel for Donald J. Trump, who has stated that he has no objection to an extension of time for Plaintiffs to respond to Defendant's motion.

WHEREFORE, counsel respectfully moves this Court for an extension of time up to and including August 14, 2017, in which to respond to Defendant Donald J. Trump's Motion for a Protective Order.

Respectfully Submitted,

s/ *David N. Ward*
DANIEL J. CANON, PSC
DAVID N. WARD
CLAY DANIEL WALTON & ADAMS, PLC
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
(502) 561-2005
dan@justiceky.com
david@justiceky.com
*Counsel for Plaintiffs*

                                                GREGORY A. BELZLEY
                                                CAMILLE BATHURST
                                                BELZLEY BATHURST ATTORNEYS
                                                P.O. Box 278
                                                Prospect, Kentucky 40059
                                                (502) 228-5084
                                                gbelzley@aol.com
                                                *Co-Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7th, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record in the case.

      It is further certified that a copy of the foregoing was delivered by way of U.S. Mail, postage prepaid, on this 7th day of August, 2017, to the following:

Matthew Heimbach
619 North Gospel Street, Lot 3
Paoli, Indiana 47454

                                                                          */s/ David N. Ward*
                                                                           DAVID N. WARD