### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION
*Filed Electronically*

| | |
|---|---|
| KASHIYA NWANGUMA, et al. ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | CASE NO. 3:16-cv-247-DJH |
| ) | |
| DONALD J. TRUMP, et al. ) | |
| *Defendants* ) | |

### ORDER

Plaintiffs having filed an Unopposed Motion for Extension of Time, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiffs shall have up to and including August 14, 2017, to file a response to Defendant Donald J. Trump's Motion for a Protective Order. (D.N. 55.)

_____
JUDGE, U.S. DISTRICT COURT

DATE: _____