IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

---

| | |
|---|---|
| KASHIYA NWANGUMA, MOLLY SHAH, and HENRY BROUSSEAU<br><br>PLAINTIFFS<br><br>v.<br><br>DONALD J. TRUMP;<br>DONALD J. TRUMP FOR PRESIDENT, INC.; MATTHEW JOHN HEIMBACH; and ALVIN BAMBERGER<br><br>DEFENDANTS | Civil Action No. 3:16cv-00247-DJH<br>JUDGE GREG N. STIVERS |

---

## ORDER

Pursuant to the Memorandum Opinion and Order entered on August 9, 2017, at DN 58;

**IT IS ORDERED** the Motion for Protective Order at DN 55 and the Motion for Extension of Time to File Response at DN 57 are **DENIED** as moot, with leave to re-file the motions once the Stay on Discovery as to the Trump Defendants is lifted.

ENTERED this

Copies to:   Counsel of Record