**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 01, 2017

Ms. Camille Bathurst
Mr. Gregory A. Belzley
Law Office
P.O. Box 278
Prospect, KY 40059

Mr. Daniel J. Canon
Mr. David N. Ward
Law Offices
462 S. Fourth Street, Suite 101
Louisville, KY 40202

Mr. Michael Anthony Carvin
Mr. Anthony John Dick
Mr. Vivek Suri
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

    Re: Case No. 17-6290, *Kashiya Nwanguma, et al v. Donald Trump, et al*
      Originating Case No. : 3:16-cv-00247

Dear Counsel:

 This appeal has been docketed as case number **17-6290** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee of $500 was not paid when the notice of appeal was filed, it must be paid to the district court on or before **November 15, 2017**.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 15, 2017**. Additionally, the transcript order must be completed by that date.

NOTE: Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries. The transcript order form used prior to that date will not be accepted after July 18. For further information and instructions on ordering transcript electronically, please visit the court's website.

    Appellant: Appearance of Counsel
          Civil Appeal Statement of Parties & Issues
          Disclosure of Corporate Affiliations
          Application for Admission to 6th Circuit Bar (if applicable)

    Appellee: Appearance of Counsel
          Disclosure of Corporate Affiliations
          Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

          Sincerely yours,

          s/Robin L. Johnson
          Case Manager
          Direct Dial No. 513-564-7039

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 17-6290

KASHIYA NWANGUMA; MOLLY SHAH; HENRY BROUSSEAU

       Plaintiffs - Appellees

v.

DONALD J. TRUMP; DONALD J. TRUMP FOR PRESIDENT, INC.

       Defendants - Appellants