# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

KASHIYA NWANGUMA, MOLLY SHAH, and HENRY BROUSSEAU

   PLAINTIFFS

v.

DONALD J. TRUMP;
DONALD J. TRUMP FOR PRESIDENT, INC.; MATTHEW JOHN HEIMBACH; ALVIN BAMBERGER; and UNKNOWN DEFENDANT

   DEFENDANTS

Civil Action No. 3:16cv-00247-DJH
JUDGE DAVID J. HALE

## ORDER

A telephonic status conference was conducted in this action on June 7, 2018, with the undersigned presiding. Participating in the conference were Mr. Daniel J. Canon and Mr. Gregory A. Belzley for the Plaintiffs; Mr. R. Kent Westberry for the Trump Defendants; and Mr. Stephen Beville Pence for Defendant Bamberger.

Counsel for the parties advised they have not participated in discovery in this action due to the pending interlocutory appeal.

**IT IS ORDERED** all remaining deadlines are **STAYED** pending exhaustion of the interlocutory appeals.

ENTERED this

Copies to:   Counsel of Record

0/12