# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 07, 2018

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

      Re:  Case No. 17-6290, *Kashiya Nwanguma, et al v. Donald Trump, et al*
           Originating Case No. : 3:16-cv-00247

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                         Sincerely yours,

                                         s/Robin L. Johnson
                                         Case Manager
                                         Direct Dial No. 513-564-7039

cc:  Mr. Gregory A. Belzley
     Mr. Daniel J. Canon
     Mr. Michael Anthony Carvin
     Mr. Anthony John Dick
     Mr. Jon M. Greenbaum
     Mr. Vivek Suri
     Mr. David N. Ward

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 17-6290

_____

Filed: December 07, 2018

KASHIYA NWANGUMA; MOLLY SHAH; HENRY BROUSSEAU

    Plaintiffs - Appellees

v.

DONALD J. TRUMP; DONALD J. TRUMP FOR PRESIDENT, INC.

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 09/11/2018 the mandate for this case hereby issues today.

COSTS: None