UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KASHIYA NWANGUMA et al.,            Plaintiffs,

v.            Civil Action No. 3:16-cv-247-DJH-HBB

DONALD J. TRUMP et al.,            Defendants.

\* \* \* \* \*

## ORDER

In accordance with the Sixth Circuit's decision of September 11, 2018 (Docket No. 65), and the Mandate issued December 7, 2018 (D.N. 67), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Count III of Plaintiffs' complaint is **DISMISSED**.

December 12, 2018

**David J. Hale, Judge**
**United States District Court**