UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KASHIYA NWANGUMA et al., Plaintiffs,

v. Civil Action No. 3:16-cv-247-DJH-HBB

DONALD J. TRUMP et al., Defendants.

\* \* \* \* \*

## ORDER

Plaintiffs' claims against Defendants Matthew Heimbach and Alvin Bamberger were stayed pending resolution of an interlocutory appeal as to the Trump Defendants. (Docket No. 62) The Sixth Circuit issued its decision on September 11, 2018; the mandate issued on December 7, 2018. (D.N. 65; D.N. 67) The record reflects no action by Plaintiffs since that time. Accordingly, it is hereby

**ORDERED** that within **ten (10) days** of entry of this Order, Plaintiffs shall **SHOW CAUSE** why their remaining claims should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); LR 41.1.

September 17, 2019

**David J. Hale, Judge
United States District Court**

1