UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*ELECTRONICALLY FILED*

| | |
|---|---|
| KASHIYA NWANGUMA, ET AL.   ) | |
|       *Plaintiffs*   ) | |
| ) | |
| vs.   ) | CASE NO.  3:16-CV-247-DJH |
| ) | |
| DONALD J. TRUMP, ET AL.   ) | |
|       *Defendants*   ) | |

**PLAINTIFFS' MOTION TO DISMISS AND RESPONSE TO SHOW CAUSE ORDER**

      The Plaintiffs, Kashiya Nwanguma, Molly Shah, and Henry Brousseau, in response to the Court's Order to Show Cause on September 17, 2019, hereby move pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss Plaintiffs' Complaint, each party to bear its own costs. Plaintiffs' counsel has consulted with the Hon. Steve Pence, counsel for Defendant Alvin Bamberger, who has indicated he has no objection to this Motion. Plaintiffs express no opinion as to the continued viability of the cross-claims filed by Defendants in this action.

                                                                              /s/ Daniel J. Canon
                                                   Daniel J. Canon (KY 92048)
                                                   SAEED & LITTLE, LLP
                                                   #189 – 133 W. Market St.
                                                   Indianapolis, IN  46204
                                                   dan@dancanonlaw.com
                                                   *Counsel for Plaintiffs*

                                                   Hon. David N. Ward
                                                   ADAMS LANDENWICH WALTON, PLC
                                                   517 W. Ormsby Ave.
                                                   Louisville, Kentucky 40203
                                                   david@justiceky.com
                                                   *Counsel for Plaintiffs*

Hon. Gregory A. Belzley
Hon. Camille Bathurst
BELZLEY BATHURST ATTORNEYS
P.O. Box 278
Prospect, Kentucky 40059
(502) 228-5084
gbelzley@aol.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on September 27, 2019, the above was electronically filed with the Clerk of the Court by using the CM/ECF filing system and copied to all registered CM/ECF participants in the above-styled action.

                                               */s/ Daniel J. Canon*
                                               DANIEL J. CANON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| KASHIYA NWANGUMA, ET AL. | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| vs. | ) | CASE NO.  3:16-CV-247-DJH |
| | ) | |
| DONALD J. TRUMP, ET AL. | ) | |
| *Defendants* | ) | |

**ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs' Complaint is hereby dismissed without prejudice, each party to bear its own costs.