UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KASHIYA NWANGUMA et al.,          Plaintiffs,

v.          Civil Action No. 3:16-cv-247-DJH-HBB

DONALD J. TRUMP et al.,          Defendants.

\* \* \* \* \*

## ORDER

Plaintiffs having moved to dismiss their remaining claims in this matter, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The motion to dismiss (Docket No. 70) is **GRANTED**. Plaintiffs' remaining claims are **DISMISSED**.

(2)    All claims having been resolved (D.N. 27; D.N. 58; D.N. 66; D.N. 68), this matter is **DISMISSED** and **STRICKEN** from the Court's docket.

September 27, 2019

**David J. Hale, Judge**
**United States District Court**