UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KASHIYA NWANGUMA et al.,      Plaintiffs,

v.      Civil Action No. 3:16-cv-247-DJH-HBB

DONALD J. TRUMP et al.,      Defendants.

\* \* \* \* \*

### ORDER

Plaintiffs' claims against Defendants Matthew Heimbach and Alvin Bamberger were stayed pending resolution of an interlocutory appeal as to the Trump Defendants. (Docket No. 62)

OFFICE OF THE CLERK
STATES DISTRICT COURT
e Snyder U.S. Courthouse
601 W. Broadway
ville, KY 40202-2249

OFFICIAL BUSINESS

LOUISVILLE KY 400
18 SEP '19
PM 1 L

Hasler
09/18/2019
US POSTAGE
FIRST-CLASS MAIL
$00.50⁰



ZIP 40202
011D11644694

Matthew John Heimbach
619 North Gospel Street Lot 3
Paoli, IN 47454

NIXIE    462    FE 1    0009/25/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 40202224999    *1170-05292-18-41

19 SEP 27 PM 3:03

1